UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DORIS V. WALKER,<br><br>               Plaintiff,<br>   v.<br><br>BANK OF AMERICA,<br><br>               Defendant. | Civil Action No.<br><br>Removed from the Circuit Court of the 1st Municipal District, Cook County, Illinois<br><br>State Court Case No. 2021l004215 |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446, Defendant Bank of America, N.A., incorrectly named as Bank of America ("BANA") hereby removes the above-captioned matter from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois. This Court has jurisdiction based on federal question jurisdiction pursuant to 28 U.S.C. § 1331 and diversity jurisdiction pursuant to 28 U.S.C. § 1332. As grounds for removal of this action pursuant to 28 U.S.C. § 1446(a), BANA states as follows:

**PLEADINGS AND PROCEDURES**

1. On or about April 23, 2021, Plaintiff Doris V. Walker ("Plaintiff") commenced this civil suit against BANA captioned as *Doris V. Walker v. Bank of America,* Case No. 2021L004215, in the Circuit Court of Cook County, Illinois, by filing her Complaint ("Complaint"). A true and correct copy of the Complaint is attached hereto as **Exhibit 1**.

2. True and correct copies of all process, pleadings, orders, and other papers or exhibits retrieved by BANA from the Circuit Court's file in this action to date are attached hereto as **Exhibit 2**.

3. In her Complaint, Plaintiff purports to assert claims pursuant to 18 U.S.C. §§ 656, 1001, 1334, 1344, and 1349. Therefore, this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331.

4. There are no other Defendants to join in this Removal.

**TIMELINESS OF REMOVAL**

5. On May 30, 2021, BANA was served a copy of an expired summons and partial copy of the Complaint. BANA contacted the Clerk of Court in order to obtain a full copy of the Complaint and court file and was provided documents on June 16, 2021. Plaintiff has filed no affidavit of service or other proof of service of the Complaint.

6. The removal of this action is timely under U.S.C. § 1446(b) because this Notice of Removal is filed within thirty (30) days after June 16, 2021, the date that BANA was provided with a full copy of the court file by the Clerk of Superior Court for Cook County, Illinois. BANA has not yet been served with a valid summons or full copy of the Complaint.

7. BANA has not previously removed this action.

8. BANA has not served an Answer upon Plaintiff or filed one with the Circuit Court of Cook County.

**VENUE IS PROPER**

9. The United States District Court for the Northern District of Illinois, Eastern Division is the proper venue under 28 U.S.C. § 1441(a). The Circuit Court of Cook County, Illinois is located within the Eastern Division, pursuant to 28 U.S.C. § 93(a)(1). Therefore, the Northern District of Illinois, Eastern Division, is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

**REMOVAL JURISDICTION**

**(Federal Question)**

10. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint expressly asserts claims for fraud, conspiracy to commit fraud, and unsound banking practices pursuant to 18 U.S.C. §§ 656, 1001, 1334, 1344, and 1349. *See Compl.*, Count I, II, VII, and VIII.

11. Therefore, removal to this Court is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). A federal question appears on the face of Plaintiff's Complaint, and this claim "arises under" federal law.

**REMOVAL JURISDICTION**
**(Diversity Jurisdiction)**

12. This case is also properly removable pursuant to 28 U.S.C. § 1441, which provides in pertinent part as follows:

> (a) Generally. –
> Except as otherwise expressly provided by Act of Congress, any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the District Court of the United States for the district or division embracing the place where such action is pending.
> (b) Removal Based on Diversity of Citizenship – …
> > (2) A civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.

13. This action is properly removable under 28 U.S.C. § 1441 (a) and (b) because the United States District Court has original jurisdiction of this case under 28 U.S.C. § 1332(a) and (c), as amended, which provides in pertinent part as follows:

> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and cost, and is between –
>     (1) Citizens of different states…
> (c) For the purposes of this section and section 1441 of this title –
>     (1) a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the state or foreign state where it has its principal place of business…

### A. Diversity of Citizenship

14. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 because Plaintiff and BANA have complete diversity of citizenship and the amount in controversy exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a).

15. Upon information and belief, and based on the allegations in the Complaint, Plaintiff is a resident of Illinois. *Compl.* Pg. 4.

16. BANA is a national banking association and a citizen of North Carolina because its articles of association establish that location as its main offices. *See* 28 U.S.C. § 1348; *Wachovia Bank v. Schmidt*, 546 U.S. 303, 307, 126 S. Ct. 941, 945 (2006) ("[A] national bank, for § 1348 purposes, is a citizen of the State in which its main office, as set forth in its articles of association, is located"). Accordingly, BANA is a citizen of North Carolina, and complete diversity of citizenship exists between Plaintiff and BANA.

### B. Amount in Controversy

17. The amount in controversy exceeds $75,000.00, exclusive of interest and costs. The Complaint alleges that Defendant is liable to Plaintiff and seeks damages totaling $10,000,000.00.

## ADDITIONAL PROCEDURAL MATTERS

18. Promptly upon the filing of this Notice of Removal, BANA shall give written notice to Plaintiff and to the Clerk of the Circuit Court of Cook County, Illinois, pursuant to 28 U.S.C. § 1446(d). A copy of the removal notice to be filed with the Clerk of the Circuit Court of Cook County is attached hereto as **Exhibit 3**.

## PRESERVATION OF DENIALS AND DEFENSES

19. By filing this Notice of Removal, BANA does not waive any jurisdictional or other defenses that might be available to it. In addition, BANA expressly reserves the right to move for dismissal of some or all of Plaintiff's claims pursuant to Rule 12 of the Federal Rules of Civil Procedure. BANA reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant Bank of America, N.A. requests that the above-entitled action be removed from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division.

Date: July 6, 2021

Respectfully submitted,

/s/ Benjamin H. Cook
Benjamin H. Cook (IL 6335723)
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818
Tel. 312-849-8100
Fax 312-849-3690
*Attorney for Defendant Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system on July 6, 2021, which will send notification of such filing to all counsel of record and by first class mail addressed as follows:

Doris V. Walker
PO Box 43
Ingleside, Illinois 60041

                                          */s/ Benjamin Cook*