**EXHIBIT 2**

# APPLICATION FOR TAX DEED

Section 197.502, Florida Statutes

512
R. 12/16

**FILED**
Application #: 120-2021-11:08AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13067950

To: Tax Collector of Charlotte County                    , Florida

I,

DORIS WALKER
604 ROLLINS RD 43
INGLESIDE, IL 60041

hold the listed tax certificate and hereby surrender the same to the Tax Collector and make tax deed application thereon:

| Account Number | Certificate No. | Date | Legal Description |
|---|---|---|---|
| 402603300003 | 2018/8397 | 6/1/2018 | ZZZ 034026 P11 3 40 26 P-11 .08A M/LBEG NW COR SWU/4 S ALG SEC LINE 774 FT TH E 540FT TO POB TH S 116.2FT TH E 30FT TH N 116.2FT TH W 30FT TO POB FORMERLY KNOWN AS LT 6 BLK 10 SEC B BERMONT VILLAS VAC OR225/329 2857/2177 DC2861/909-FWH&GLH 2861/909 PRO7-61GH 3101/1219 3115/1165 CT3508/1663 ORD3524/142 3695/1321 |

I agree to:

- pay any current taxes, if due and
- redeem all outstanding tax certificates plus interest not in my possession, and
- pay all delinquent and omitted taxes, plus interest covering the property.
- pay all Tax Collector's fees, ownership and encumbrance report costs, Clerk of the Court costs, charges and fees, and Sheriff's costs, if applicable.

Attached is the tax sale certificate on which this application is based and all other certificates of the same legal description which are in my possession.

DORIS WALKER
604 ROLLINS RD 43
INGLESIDE, IL 60041

_Electronic signature on file_
_____
Applicant's signature

4/16/2021
_____
Application Date

FILED DATE: 4/23/2021 11:08 AM  2021L004215

4/21/2021                                   Gmail - [Lien Express] Payment Confirmation

 **Gmail**

FILED
Bonnie Walker <walkerbonnie47@gmail.com>

## [Lien Express] Payment Confirmation
2 messages

**LienHub Administrator** <lienhub@grantstreet.com>                      Fri, Apr 2, 2021 at 7:03 AM
To: walkerbonnie47@gmail.com

FILED
4/23/2021 11:08 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

13067950

Your electronic payment on www.hillsborough.lienexpress.net has been submitted for processing.

Confirmation #83948344419

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Hillsborough County |
| Amount: | $257.49 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/2/2021 8:03 AM EDT |

This payment is currently marked as PENDING.

It will be marked as VALID on 4/12/2021, unless the payment is rejected by your financial institution, in which case we will notify you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| A0636790200 | 326047 | 2013 | $87.65 |
| A0817501000 | 329353 | 2013 | $89.58 |
| A0636790200 | 7614 | 2014 | $80.26 |

---

**LienHub Administrator** <lienhub@grantstreet.com>                      Fri, Apr 2, 2021 at 2:50 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.hillsborough.lienexpress.net has been submitted for processing.

Confirmation #66100046862

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Hillsborough County |
| Amount: | $217.44 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/2/2021 3:50 PM EDT |

This payment is currently marked as PENDING.

It will be marked as VALID on 4/12/2021, unless the payment is rejected by your financial institution, in which case we will notify you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|

FILED DATE: 4/23/2021 11:08 AM   2021L004215

4/21/2021                                        Gmail - [Lien Express] Payment Confirmation

| A0636790200 | 7529 | 2015 | $74.49 |
| A0636790200 | 7048 | 2016 | $75.85 |
| A0636790200 | 7774 | 2018 | $67.10 |

FILED DATE: 4/23/2021 11:08 AM   2021L004215

4/21/2021                                   Gmail - [Lien Express] Payment Confirmation

 **Gmail**

Bonnie Walker <walkerbonnie47@gmail.com>

FILED DATE: 4/23/2021 11:08 AM   2021L004215

4/23/2021 11:08 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13067950

## [Lien Express] Payment Confirmation
2 messages

**LienHub Administrator** <lienhub@grantstreet.com>                    Fri, Apr 2, 2021 at 7:03 AM
To: walkerbonnie47@gmail.com

Your electronic payment on www.hillsborough.lienexpress.net has been submitted for processing.

Confirmation #83948344419

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Hillsborough County |
| Amount: | $257.49 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/2/2021 8:03 AM EDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/12/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| A0636790200 | 326047 | 2013 | $87.65 |
| A0817501000 | 329353 | 2013 | $89.58 |
| A0636790200 | 7614 | 2014 | $80.26 |

---

**LienHub Administrator** <lienhub@grantstreet.com>                    Fri, Apr 2, 2021 at 2:50 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.hillsborough.lienexpress.net has been submitted for processing.

Confirmation #66100046862

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Hillsborough County |
| Amount: | $217.44 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/2/2021 3:50 PM EDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/12/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|

4/21/2021                                Gmail - [Lien Express] Payment Confirmation

| A0636790200 | 7529 | 2015 | $74.49 |
| A0636790200 | 7048 | 2016 | $75.85 |
| A0636790200 | 7774 | 2018 | $67.10 |

FILED DATE: 4/23/2021 11:08 AM   2021L004215

4/21/2021                                          Gmail - [Lien Express] Payment Confirmation

 **Gmail**                                      Bonnie Walker <walkerbonnie47@gmail.com>

FILED DATE: 4/23/2021 11:08 AM   2021L004215

FILED
4/23/2021 11:08 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13067950

## [Lien Express] Payment Confirmation
2 messages

**LienHub Administrator** <lienhub@grantstreet.com>                    Fri, Apr 2, 2021 at 7:03 AM
To: walkerbonnie47@gmail.com

Your electronic payment on www.hillsborough.lienexpress.net has been submitted for processing.

Confirmation #83948344419

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Hillsborough County |
| Amount: | $257.49 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/2/2021 8:03 AM EDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/12/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| A0636790200 | 326047 | 2013 | $87.65 |
| A0817501000 | 329353 | 2013 | $89.58 |
| A0636790200 | 7614 | 2014 | $80.26 |

**LienHub Administrator** <lienhub@grantstreet.com>                   Fri, Apr 2, 2021 at 2:50 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.hillsborough.lienexpress.net has been submitted for processing.

Confirmation #66100046862

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Hillsborough County |
| Amount: | $217.44 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/2/2021 3:50 PM EDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/12/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

**Account Number  Certificate Number  Tax Year   Cost**

4/21/2021                                        Gmail - [Lien Express] Payment Confirmation

| A0636790200 | 7529 | 2015 | $74.49 |
| A0636790200 | 7048 | 2016 | $75.85 |
| A0636790200 | 7774 | 2018 | $67.10 |

FILED DATE: 4/23/2021 11:08 AM   2021L004215

4/21/2021                            Gmail - [Lien Express] Payment Confirmation

 **Gmail**

Bonnie Walker <walkerbonnie47@gmail.com>

FILED
4/23/2021 11:08 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13067950

# [Lien Express] Payment Confirmation
1 message

**LienHub Administrator** <lienhub@grantstreet.com>
To: walkerbonnie47@gmail.com

Sat, Apr 3, 2021 at 3:45 AM

Your electronic payment on www.hillsborough.lienexpress.net has been submitted for processing.

Confirmation #84627863227

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Hillsborough County |
| Amount: | $194.93 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/3/2021 4:45 AM EDT |

This payment is currently marked as PENDING.

It will be marked as VALID on 4/13/2021, unless the payment is rejected by your financial institution, in which case we will notify you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| A0817501000 | 9477 | 2017 | $76.83 |
| A0636790200 | 7229 | 2019 | $58.59 |
| A0817501000 | 9918 | 2019 | $59.51 |

FILED DATE: 4/23/2021 11:08 AM 2021L004215

4/21/2021                                                     Gmail - [Lien Express] Payment Confirmation

 **Gmail**

                                          Bonnie Walker <walkerbonnie47@gmail.com>

FILED
4/23/2021 11:08 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13067950

FILED DATE: 4/23/2021 11:08 AM  2021L004215

## [Lien Express] Payment Confirmation
1 message

**LienHub Administrator** <lienhub@grantstreet.com>                    Sat, Apr 3, 2021 at 6:42 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.lake.lienexpress.net has been submitted for processing.

Confirmation #39642666896

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Lake County |
| Amount: | $121.36 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/3/2021 7:42 PM EDT |

This payment is currently marked as PENDING.

It will be marked as VALID on 4/13/2021, unless the payment is rejected by your financial institution, in which case we will notify you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 2724250002-000-00601 | 2592 | 2019 | $58.55 |
| 2824250001-000-00101 | 2593 | 2019 | $62.81 |

4/21/2021                              Gmail - [Lien Express] Payment Confirmation

 **Gmail**

Bonnie Walker <walkerbonnie47@gmail.com>

FILED
4/23/2021 11:08 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13067950

## [Lien Express] Payment Confirmation
3 messages

LienHub Administrator <lienhub@grantstreet.com>                 Mon, Apr 5, 2021 at 4:52 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.charlotte.lienexpress.net has been submitted for processing.

Confirmation #30370227867

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Charlotte County |
| Amount: | $106.64 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/5/2021 5:52 PM EDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/13/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 422429202002 | 16411 | 2019 | $106.64 |

---

LienHub Administrator <lienhub@grantstreet.com>                 Mon, Apr 5, 2021 at 4:58 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.indianriver.lienexpress.net has been submitted for processing.

Confirmation #09442591625

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Indian River County |
| Amount: | $101.45 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/5/2021 5:58 PM EDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/13/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 33-37-24-00000-3000-00002/0 | 1578 | 2019 | $101.45 |

*Side margin text: FILED DATE: 4/23/2021 11:08 AM 2021L004215*

4/21/2021                                          Gmail - [Lien Express] Payment Confirmation

**LienHub Administrator <lienhub@grantstreet.com>**                    Mon, Apr 5, 2021 at 5:05 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.citrus.lienexpress.net has been submitted for processing.

Confirmation #98180035965

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Citrus County |
| Amount: | $160.27 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/5/2021 6:05 PM EDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/13/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 1945500 | 7070 | 2019 | $160.27 |

4/21/2021                                    Gmail - [Lien Express] Payment Confirmation

 **Gmail**                                        Bonnie Walker <walkerbonnie47@gmail.com>

FILED DATE: 4/23/2021 11:08 AM   2021L004215

FILED
4/23/2021 11:08 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13067950

## [Lien Express] Payment Confirmation
2 messages

**LienHub Administrator** <lienhub@grantstreet.com>                    Sun, Apr 4, 2021 at 2:25 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.santarosa.lienexpress.net has been submitted for processing.

Confirmation #14083379290

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Santa Rosa County |
| Amount: | $348.93 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/4/2021 2:25 PM CDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/13/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 251S280000001000030M | 1705508 | 2016 | $137.60 |
| 231S280000004000040M | 2005110 | 2019 | $108.37 |
| 271S280000001000000M | 2005117 | 2019 | $102.96 |

---

**LienHub Administrator** <lienhub@grantstreet.com>                    Sun, Apr 4, 2021 at 3:39 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.hillsborough.lienexpress.net has been submitted for processing.

Confirmation #45076261611

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Hillsborough County |
| Amount: | $100.31 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/4/2021 4:39 PM EDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/13/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|

Gmail - [Lien Express] Payment Confirmation

A0317970001    3091       2014    $100.31

FILED DATE: 4/23/2021 11:08 AM 2021L004215

4/21/2021                    Gmail - [Lien Express] Payment Confirmation

 **Gmail**

Bonnie Walker <walkerbonnie47@gmail.com>

FILED
4/23/2021 11:08 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13067950

## [Lien Express] Payment Confirmation
3 messages

**LienHub Administrator** <lienhub@grantstreet.com>
To: walkerbonnie47@gmail.com

Thu, Apr 8, 2021 at 12:39 PM

FILED DATE: 4/23/2021 11:08 AM   2021L004215

Your electronic payment on www.bay.lienexpress.net has been submitted for processing.

Confirmation #52128536447

| User ID: | DOCOLLIER88 |
|---|---|
| Website: | Bay County |
| Amount: | $306.45 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/8/2021 1:39 PM EDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/16/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 12002-000-000 | 2774 | 2019 | $159.44 |
| 05159-000-000 | 976 | 2019 | $147.01 |

---

**LienHub Administrator** <lienhub@grantstreet.com>
To: walkerbonnie47@gmail.com

Thu, Apr 8, 2021 at 2:06 PM

Your electronic payment on www.pasco.lienexpress.net has been submitted for processing.

Confirmation #59179985995

| User ID: | DOCOLLIER88 |
|---|---|
| Website: | Pasco County |
| Amount: | $44.35 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/8/2021 3:06 PM EDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/16/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 32-26-19-0010-00100-041A | 1304097 | 2013 | $44.35 |

4/21/2021                                      Gmail - [Lien Express] Payment Confirmation

**LienHub Administrator <lienhub@grantstreet.com>**                          Thu, Apr 8, 2021 at 2:37 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.lake.lienexpress.net has been submitted for processing.

Confirmation #11264401997

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Lake County |
| Amount: | $66.36 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/8/2021 3:37 PM EDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/16/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 1522240001-000-02400 | 1700 | 2018 | $66.36 |

4/21/2021                                Gmail - [Lien Express] Payment Confirmation

 **Gmail**

Bonnie Walker <walkerbonnie47@gmail.com>

FILED
4/23/2021 11:08 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13067950

## [Lien Express] Payment Confirmation
2 messages

**LienHub Administrator** <lienhub@grantstreet.com>                                    Mon, Apr 12, 2021 at 12:10 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.indianriver.lienexpress.net has been submitted for processing.

Confirmation #38976481994

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Indian River County |
| Amount: | $101.45 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/12/2021 1:10 PM EDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/20/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 33-37-24-00000-3000-00002/0 | 1578 | 2019 | $101.45 |

---

**LienHub Administrator** <lienhub@grantstreet.com>                                    Mon, Apr 12, 2021 at 12:10 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.lake.lienexpress.net has been submitted for processing.

Confirmation #65579049115

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Lake County |
| Amount: | $118 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/12/2021 1:10 PM EDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/20/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 0122246600-021-00000 | 1578 | 2018 | $61.26 |
| 2724250002-000-00601 | 2954 | 2018 | $56.74 |

FILED DATE: 4/23/2021 11:08 AM  2021L004215

4/21/2021       Gmail - [Lien Express] Payment Confirmation

 **Gmail**

Bonnie Walker <walkerbonnie47@gmail.com>
FILED
4/23/2021 11:08 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

13067950

## [Lien Express] Payment Confirmation
2 messages

**LienHub Administrator** <lienhub@grantstreet.com>
To: walkerbonnie47@gmail.com

Wed, Apr 14, 2021 at 12:53 PM

Your electronic payment on www.lake.lienexpress.net has been submitted for processing.

Confirmation #30567509901

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Lake County |
| Amount: | $270.59 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/14/2021 1:53 PM EDT |

This payment is currently marked as PENDING.

It will be marked as VALID on 4/22/2021, unless the payment is rejected by your financial institution, in which case we will notify you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 0122246600-021-00000 | 1846 | 2015 | $66.27 |
| 3421260001-000-01500 | 4712 | 2015 | $66.57 |
| 0122244600-051-00000 | 1663 | 2017 | $68.99 |
| 0122246600-021-00000 | 1695 | 2017 | $68.76 |

**LienHub Administrator** <lienhub@grantstreet.com>
To: walkerbonnie47@gmail.com

Wed, Apr 14, 2021 at 12:58 PM

Your electronic payment on www.hillsborough.lienexpress.net has been submitted for processing.

Confirmation #93182011026

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Hillsborough County |
| Amount: | $87.65 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/14/2021 1:58 PM EDT |

This payment is currently marked as PENDING.

It will be marked as VALID on 4/22/2021, unless the payment is rejected by your financial institution, in which case we will notify you by email.

Your payment is for the following:

FILED DATE: 4/23/2021 11:08 AM  2021L004215

4/21/2021                                    Gmail - [Lien Express] Payment Confirmation

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| A0636790200 | 326047 | 2013 | $87.65 |

FILED DATE: 4/23/2021 11:08 AM   2021L004215

4/21/2021                                      Gmail - [Lien Express] Payment Confirmation

 **Gmail**

Bonnie Walker <walkerbonnie47@gmail.com>

FILED
4/23/2021 11:08 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

13067950

## [Lien Express] Payment Confirmation
2 messages

**LienHub Administrator** <lienhub@grantstreet.com>                    Fri, Apr 16, 2021 at 9:26 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.hillsborough.lienexpress.net has been submitted for processing.

Confirmation #79809532636

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Hillsborough County |
| Amount: | $582.21 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/16/2021 10:26 PM EDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/26/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| A0817501000 | 329353 | 2013 | $89.58 |
| A0636790200 | 7614 | 2014 | $80.26 |
| A0636790200 | 7529 | 2015 | $74.49 |
| A0636790200 | 7048 | 2016 | $75.85 |
| A0817501000 | 9477 | 2017 | $76.83 |
| A0636790200 | 7774 | 2018 | $67.10 |
| A0636790200 | 7229 | 2019 | $58.59 |
| A0817501000 | 9918 | 2019 | $59.51 |

**LienHub Administrator** <lienhub@grantstreet.com>                    Sat, Apr 17, 2021 at 7:10 AM
To: walkerbonnie47@gmail.com

Your electronic payment on www.brevard.lienexpress.net has been submitted for processing.

Confirmation #42381879530

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Brevard County |
| Amount: | $294.99 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/17/2021 8:10 AM EDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/27/2021, unless the payment is
rejected by your financial institution, in which case we will notify

FILED DATE: 4/23/2021 11:08 AM   2021L004215

FILED DATE: 4/23/2021 11:08 AM   2021L004215

you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 2223085 | 2335 | 2015 | $294.99 |

4/21/2021                                    Gmail - [Lien Express] Payment Confirmation

 Gmail

Bonnie Walker <walkerbonnie47@gmail.com>

FILED
4/23/2021 11:08 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13067950

## [Lien Express] Payment Confirmation
5 messages

**LienHub Administrator** <lienhub@grantstreet.com>                Sun, Apr 18, 2021 at 8:20 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.indianriver.lienexpress.net has been submitted for processing.

Confirmation #38737142229

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Indian River County |
| Amount: | $167.75 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/18/2021 9:20 PM EDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/27/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 33-38-03-00002-0140-00016/0 | 1868 | 2014 | $167.75 |

---

**LienHub Administrator** <lienhub@grantstreet.com>                Sun, Apr 18, 2021 at 9:14 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.lake.lienexpress.net has been submitted for processing.

Confirmation #93627282497

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Lake County |
| Amount: | $294.16 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/18/2021 10:14 PM EDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/27/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 0122244600-051-00000 | 1760 | 2014 | $72.62 |
| 0122246600-021-00000 | 1806 | 2014 | $72.27 |

FILED DATE: 4/23/2021 11:08 AM   2021L004215

4/21/2021                                    Gmail - [Lien Express] Payment Confirmation

| 1319260004-000-04500 4185 | 2015 | $67 |
| 3015270001-000-00100 5006 | 2017 | $82.27 |

---

**LienHub Administrator** <lienhub@grantstreet.com>                     Mon, Apr 19, 2021 at 2:49 AM
To: walkerbonnie47@gmail.com

Your electronic payment on www.pasco.lienexpress.net has been submitted for processing.

Confirmation #61992961106

| User ID: | DOCOLLIER88 |
| Website: | Pasco County |
| Amount: | $274.73 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/19/2021 3:49 AM EDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/27/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 32-26-19-0010-00100-041A | 1403999 | 2014 | $41.02 |
| 09-26-19-0010-0210N-0070 | 1403517 | 2014 | $17.15 |
| 10-26-19-0010-0260S-0130 | 1303733 | 2013 | $18.13 |
| 10-26-19-0010-0260S-0120 | 1303732 | 2013 | $18.13 |
| 10-26-19-0010-0150S-0030 | 1403578 | 2014 | $17.15 |
| 16-25-17-0060-09000-0260 | 1306174 | 2013 | $17.74 |
| 16-25-17-0090-14000-0360 | 1306266 | 2013 | $16.17 |
| 18-26-16-0110-00000-0831 | 1411077 | 2014 | $17.22 |
| 19-24-18-0000-01400-0020 | 1404382 | 2014 | $17.96 |
| 22-25-16-0050-00000-00B0 | 1308760 | 2013 | $15.61 |
| 22-26-16-004D-00000-5711 | 1411492 | 2014 | $17.50 |
| 27-26-20-0000-00100-0012 | 1303114 | 2013 | $17.34 |
| 32-26-16-0170-00000-0171 | 1412071 | 2014 | $14.26 |
| 33-26-20-0000-00200-0000 | 1303320 | 2013 | $29.35 |

---

**LienHub Administrator** <lienhub@grantstreet.com>                     Mon, Apr 19, 2021 at 10:50 AM
To: walkerbonnie47@gmail.com

Your electronic payment on www.walton.lienexpress.net has been submitted for processing.

Confirmation #91134561923

| User ID: | DOCOLLIER88 |
| Website: | Walton County |
| Amount: | $85.77 |
| Payment Method: | Electronic Debit |

FILED DATE: 4/23/2021 11:08 AM   2021L004215

Submitted:              4/19/2021 10:50 AM CDT

This payment is currently marked as PENDING.

It will be marked as VALID on 4/27/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 25-3N-19-19070-001-8690 | 3067 | 2014 | $85.77 |

---

**LienHub Administrator** <lienhub@grantstreet.com>                    Mon, Apr 19, 2021 at 3:23 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.lake.lienexpress.net has been submitted for processing.

Confirmation #75942125493

| User ID: | DOCOLLIER88 |
|---|---|
| Website: | Lake County |
| Amount: | $73.09 |
| Payment Method: | Electronic Debit |
| Submitted: | 4/19/2021 4:23 PM EDT |

This payment is currently marked as PENDING.

It will be marked as VALID on 4/27/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 1319260004-000-04500 | 3909 | 2014 | $73.09 |

FILED DATE: 4/23/2021 11:08 AM   2021L004215

4/21/2021                                  Gmail - [Lien Express] Payment Confirmation

 **Gmail**

Bonnie Walker <walkerbonnie47@gmail.com>
FILED
4/23/2021 11:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

## [Lien Express] Payment Confirmation
1 message

**LienHub Administrator** <lienhub@grantstreet.com>                        Wed, 1008832021 at 2:22 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.charlotte.lienexpress.net has been submitted for processing.

Confirmation #44480020461

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Charlotte County |
| Amount: | $367.94 |
| Payment Method: | Electronic Debit |
| Submitted: | 3/31/2021 3:22 PM EDT |

This payment is currently marked as PENDING.

It will be marked as VALID on 4/8/2021, unless the payment is rejected by your financial institution, in which case we will notify you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 402603300002 | 8396 | 2017 | $80.84 |
| 402603300003 | 8397 | 2017 | $80.84 |
| 402603300003 | 7967 | 2018 | $73.80 |
| 402603300002 | 9064 | 2019 | $66.23 |
| 402603300003 | 9065 | 2019 | $66.23 |

4/21/2021　　　　　　　　Charlotte County Property Appraiser - Real Property Record Card



**CHARLOTTE COUNTY PROPERTY APPRAISER**
**PAUL L. POLK, CFA, AAS, RES**
TAX ASSESSOR 1921-1976
PROPERTY APPRAISER 1976-PRESENT

FILED
4/23/202...
ROGER D. EATON
CIRCUIT CLERK

13068835

# Real Property Information for 402603300001 for the 2021 Tax Roll

The Charlotte County Property Appraiser makes every effort to produce and publish the most current and accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use, or its interpretation. If a discrepancy is discovered in your property's records, or those of another, please bring it to our attention immediately.

## Owner:

| |
|---|
| FARABEE MINE & SHELL LLC<br>1924 SANTA BARBARA BLVD  STE 1<br>NAPLES , FL 34116 |

**Ownership current through: 4/6/2021**

## Property Location:

| |
|---|
| **Property Address:** 45030 FARABEE RD |
| **Property City & Zip:** PUNTA GORDA 33982 |
| **Business Name:** FARABEE MINE & SHELL LLC |

## General Parcel Information

| |
|---|
| **Taxing District:**<br>110 |
| **Current Use:**<br>MINING LANDS, PETROLEUM LANDS, OR GAS LANDS |
| **Future Land Use (Comp. Plan):**<br>Agriculture |
| **Zoning Code:**<br>AG |
| **Market Area / Neighborhood / Subneighborhood:**<br>04/56/00 |
| **Map Number:**<br>8A03S |
| **Section/Township/Range:**<br>03-40-26 |
| **SOH Base Year:** |
| **Waterfront:**<br>NO |

FILED DATE: 4/23/2021 11:28 AM  2021L004215

FILED DATE: 4/23/2021 11:28 AM    2021L004215

4/21/2021

Charlotte County Property Appraiser - Real Property Record Card

## Sales Information

| Date | Book/Page | Selling Price | Sales code | Qualification/Disqualification Code |
|------|-----------|---------------|------------|--------------------------------------|
| 3/1/2001 | 1879/1021 | $253,600 | VACANT | |
| 12/1/2001 | 1982/1652 | $258,000 | IMPROVED | |
| 2/15/2007 | 3115/1165 | $2,067,300 | VACANT | 05 |
| 8/23/2010 | 3508/1663 | $100 | VAC-MULTI | 11 |
| 9/17/2012 | 3695/1321 | $350,000 | VAC-MULTI | 05 |

**Click on the book/page to view transaction document images on the Clerk of the Circuit Court's web site.**

**Click on Qualification/Disqualification Code for a description of the code. Codes are not available prior to 2003.**

## FEMA Flood Zone (Effective 5/5/2003)

| Firm Panel | Floodway | SFHA | Flood Zone | FIPS | COBRA | Community | Base Flood Elevation (ft.) | Letter of Map Revision (LOMR) |
|------------|----------|------|------------|------|-------|-----------|-----------------------------|-------------------------------|
| 0150F | OUT | OUT | X | 12015C | COBRA OUT | 120061 | | |

**\*If parcel has more than 1 flood zone, refer to the flood maps available on the GIS web site by clicking on View Map below.**

**Flood term definitions.**

**For more information, please contact Building Construction Services at 941-743-1201.**

## 2020 Value Summary

| Approach | Land | Land Improvements | Building | Damage | Total |
|----------|------|-------------------|----------|--------|-------|
| Cost Approach | | | | | N/A |
| Income Approach | | | | | N/A |
| Market Approach | $960,832 | | | | $960,832 |
| Classified Value | $491,122 | $0 | $0 | | $491,122 |

## 2020 Certified Tax Roll Values, as of January 1, 2020

| Approach | County | City | School | Other |
|----------|--------|------|--------|-------|
| Certified Just Value (Just Value reflects 193.011 adjustment.): | $816,707 | $816,707 | $816,707 | $816,707 |
| Certified Assessed Value: | $422,747 | $422,747 | $422,747 | $422,747 |
| Certified Taxable Value: | $422,747 | $422,747 | $422,747 | $422,747 |

## Land Information

| Line | Description | Land Use | Zoning | Unit Type | Units | Depth | Table/ Factor | Acreage |
|------|-------------|----------|--------|-----------|-------|-------|---------------|---------|
| 1 | ZZZ 034026 P2-1 | 9200 | AG | ACRE | 36.82 | 0 | | 36.82 |
| 2 | ZZZ 034026 P2-1 A | 6300 | AG | ACRE | 60.7 | 0 | | 60.7 |
| 3 | ZZZ 034026 P2-1 T | 6300 | AG | ACRE | 40.3 | 0 | | 40.3 |

**Land Value may be adjusted due to scrub jay habitat. You can access the Board of County Commissioner's website to determine if this parcel is within scrub jay habitat. For more information on scrub jay habitat whith Charlotte County, see the County's Natural Resources web site.**

4/21/2021                     Charlotte County Property Appraiser - Real Property Record Card

## Legal Description:

| Short Legal: ZZZ 034026 P2-1 | Long Legal: 03 40 26 P2-1 137.82A M/L BEG AT SW COR SEC 3 THE N 1790.29FT E 152.77 FT NE 336.46FT NE 554.27FT NE 1829. 97FT TO NE COR OF SW1/4 TH S 2186.85FT W 466.69FT S 436.69FT W 2169.50FT TO POB LESS FORM PLATTED BLK 10 LTS 1 & 6 LESS BLK 15 LTS 13 THRU 16 SEC B BERMONT VILLASLESS 5A IN SE CORNER 1879/1021 1982/1652 2857/2177 3115/1165 E3298/414 CT3508/1663 ORD3524/142 3695/1321 |
|---|---|

Data Last Updated: 4/10/2021- Printed On: 4/10/2021.

Copyright 2020 Charlotte County Property Appraiser. All rights reserved.

FILED DATE: 4/23/2021 11:28 AM 2021L004215

4/21/2021             Charlotte County Property Appraiser - Real Property Record Card



**CHARLOTTE COUNTY PROPERTY APPRAISER**

# PAUL L. POLK, CFA, AAS, RES

TAX ASSESSOR 1921-1976
PROPERTY APPRAISER 1976-PRESENT

FILED
4/23/202_
ROGER D. MARTINEZ
CIRCUIT CLERK

13068835

## Real Property Information for 402603300001 for the 2021 Tax Roll

The Charlotte County Property Appraiser makes every effort to produce and publish the most current and accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use, or its interpretation. If a discrepancy is discovered in your property's records, or those of another, please bring it to our attention immediately.

### Owner:

| |
|---|
| FARABEE MINE & SHELL LLC |
| 1924 SANTA BARBARA BLVD STE 1 |
| NAPLES , FL 34116 |

Ownership current through: 4/6/2021

### Property Location:

| |
|---|
| **Property Address:** 45030 FARABEE RD |
| **Property City & Zip:** PUNTA GORDA 33982 |
| **Business Name:** FARABEE MINE & SHELL LLC |

### General Parcel Information

| |
|---|
| **Taxing District:** |
| 110 |
| **Current Use:** |
| MINING LANDS, PETROLEUM LANDS, OR GAS LANDS |
| **Future Land Use (Comp. Plan):** |
| Agriculture |
| **Zoning Code:** |
| AG |
| **Market Area / Neighborhood / Subneighborhood:** |
| 04/56/00 |
| **Map Number:** |
| 8A03S |
| **Section/Township/Range:** |
| 03-40-26 |
| **SOH Base Year:** |
| |
| **Waterfront:** |
| NO |

FILED DATE: 4/23/2021 11:28 AM   2021L004215

4/21/2021                                    Charlotte County Property Appraiser - Real Property Record Card

## Sales Information

| Date | Book/Page | Selling Price | Sales code | Qualification/Disqualification Code |
|------|-----------|---------------|------------|-------------------------------------|
| 3/1/2001 | 1879/1021 | $253,600 | VACANT | |
| 12/1/2001 | 1982/1652 | $258,000 | IMPROVED | |
| 2/15/2007 | 3115/1165 | $2,067,300 | VACANT | 05 |
| 8/23/2010 | 3508/1663 | $100 | VAC-MULTI | 11 |
| 9/17/2012 | 3695/1321 | $350,000 | VAC-MULTI | 05 |

Click on the book/page to view transaction document images on the Clerk of the Circuit Court's web site.
Click on Qualification/Disqualification Code for a description of the code. Codes are not available prior to 2003.

## FEMA Flood Zone (Effective 5/5/2003)

| Firm Panel | Floodway | SFHA | Flood Zone | FIPS | COBRA | Community | Base Flood Elevation (ft.) | Letter of Map Revision (LOMR) |
|------------|----------|------|------------|------|-------|-----------|----------------------------|-------------------------------|
| 0150F | OUT | OUT | X | 12015C | COBRA OUT | 120061 | | |

*If parcel has more than 1 flood zone, refer to the flood maps available on the GIS web site by clicking on View Map below.
Flood term definitions.
For more information, please contact Building Construction Services at 941-743-1201.

## 2020 Value Summary

| Approach | Land | Land Improvements | Building | Damage | Total |
|----------|------|-------------------|----------|--------|-------|
| Cost Approach | | | | | N/A |
| Income Approach | | | | | N/A |
| Market Approach | $960,832 | | | | $960,832 |
| Classified Value | $491,122 | $0 | $0 | | $491,122 |

## 2020 Certified Tax Roll Values, as of January 1, 2020

| Approach | County | City | School | Other |
|----------|--------|------|--------|-------|
| Certified Just Value (Just Value reflects 193.011 adjustment.): | $816,707 | $816,707 | $816,707 | $816,707 |
| Certified Assessed Value: | $422,747 | $422,747 | $422,747 | $422,747 |
| Certified Taxable Value: | $422,747 | $422,747 | $422,747 | $422,747 |

## Land Information

| Line | Description | Land Use | Zoning | Unit Type | Units | Depth | Table/ Factor | Acreage |
|------|-------------|----------|--------|-----------|-------|-------|---------------|---------|
| 1 | ZZZ 034026 P2-1 | 9200 | AG | ACRE | 36.82 | 0 | | 36.82 |
| 2 | ZZZ 034026 P2-1 A | 6300 | AG | ACRE | 60.7 | 0 | | 60.7 |
| 3 | ZZZ 034026 P2-1 T | 6300 | AG | ACRE | 40.3 | 0 | | 40.3 |

Land Value may be adjusted due to scrub jay habitat. You can access the Board of County Commissioner's website to determine if this parcel is within scrub jay habitat. For more information on scrub jay habitat whith Charlotte County, see the County's Natural Resources web site.

FILED DATE: 4/23/2021 11:28 AM   2021L004215

4/21/2021                          Charlotte County Property Appraiser - Real Property Record Card

## Legal Description:

| Short Legal: ZZZ 034026 P2-1 | Long Legal: 03 40 26 P2-1 137.82A M/L BEG AT SW COR SEC 3 THE N 1790.29FT E 152.77 FT NE 336.46FT NE 554.27FT NE 1829. 97FT TO NE COR OF SW1/4 TH S 2186.85FT W 466.69FT S 436.69FT W 2169.50FT TO POB LESS FORM PLATTED BLK 10 LTS 1 & 6 LESS BLK 15 LTS 13 THRU 16 SEC B BERMONT VILLASLESS 5A IN SE CORNER 1879/1021 1982/1652 2857/2177 3115/1165 E3298/414 CT3508/1663 ORD3524/142 3695/1321 |
|---|---|

Data Last Updated: 4/10/2021- Printed On: 4/10/2021.

Copyright 2020 Charlotte County Property Appraiser. All rights reserved.

4/19/2021        Property Details : Lake County Property Appraiser

# PROPERTY RECORD CARD

FILED
4/23/2021 11:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

13068835

## General Information

| | | | |
|---|---|---|---|
| **Name:** | TARPON IV LLC | **Alternate Key:** | 1384508 |
| **Mailing Address:** | 18305 BISCAYNE BLVD STE 400 AVENTURA, FL 33160 _Update Mailing Address_ | **Parcel Number:** ⓘ | 15-22-24-0001-000-02400 |
| | | **Millage Group and City:** | 0MA1 (MASCOTTE) |
| | | **2020 Total Certified Millage Rate:** | 20.0024 |
| | | **Trash/Recycling/Water/Info:** | _My Public Services Map_ |
| **Property Location:** | BAY RIDGE LOOP MASCOTTE FL 34753 _Update Property Location_ ⓘ | **Property Name:** | _Submit Property Name_ ⓘ |
| | | **School Information:** | _School Locator & Bus Stop Map_ _School Boundary Maps_ ⓘ |
| **Property Description:** | SW 1/4 OF NE 1/4 LYING SE'LY OF BAY RIDGE SUB PB 35 PGS 44 & 45, E 1/2 OF NW 1/4 OF SE 1/4--LESS BAY RIDGE SUB-- ORB 3879 PG 1443 | | |

NOTE: This property description is a condensed/abbreviated version of the original description as recorded on deeds or other legal instruments in the public records of the Lake County Clerk of Court. It may not include the Public Land Survey System's Section, Township, Range information of the county in which the property is located. It is intended to represent the land boundary only and does not include easements or other interests of record. This description should not be used for purposes of conveying property title. The Property Appraiser assumes no responsibility for the consequences of inappropriate uses or interpretations of the property description.

## Land Data

| Line | Land Use | Frontage | Depth | Notes | No. Units | Type | Class Value | Land Value |
|---|---|---|---|---|---|---|---|---|
| 1 | WETLAND (9600) | 0 | 0 | | 17.25 | AC | $0.00 | $776.00 |

**Click here for Zoning Info** ⓘ        **FEMA Flood Map**

## Miscellaneous Improvements

| There is no improvement information to display. |
|---|

## Sales History

NOTE: This section is not intended to be a complete chain of title. Additional official book/page numbers may be listed in the property description above and/or recorded and indexed with the Clerk of Court. Follow this link to search all documents by owner's name.

| Book/Page | Sale Date | Instrument | Qualified/Unqualified | Vacant/Improved | Sale Price |
|---|---|---|---|---|---|
| 3879 / 1443 | 3/2/2010 | Tax Deed | Unqualified | Vacant | $2,600.00 |
| 1299 / 1192 | 5/1/1994 | Warranty Deed | Qualified | Vacant | $35,000.00 |
| 1285 / 39 | 3/1/1994 | Warranty Deed | Unqualified | Vacant | $0.00 |
| 1237 / 1081 | 6/1/1993 | Warranty Deed | Qualified | Vacant | $70,000.00 |
| 1132 / 559 | 10/16/1991 | Probate Order | Unqualified | Vacant | $0.00 |
| 1064 / 223 | 6/1/1990 | Misc Deed/Document | Unqualified | Vacant | $0.00 |

_Click here to search for mortgages, liens, and other legal documents._ ⓘ

## Values and Estimated Ad Valorem Taxes ⓘ

Values shown below are 2021 WORKING VALUES that are subject to change until certified.
The Market Value listed below is not intended to represent the anticipated selling price of the property and should not be relied upon by any individual or entity as a determination of current market value.

| Tax Authority | Market | Assessed | Taxable | Millage | Estimated |
|---|---|---|---|---|---|

FILED DATE: 4/23/2021 11:28 AM   2021L004215

4/19/2021 — Property Details : Lake County Property Appraiser

| | Value | Value | Value | | Taxes |
|---|---|---|---|---|---|
| LAKE COUNTY BCC GENERAL FUND | $776 | $776 | $776 | 5.03270 | $3.91 |
| LAKE COUNTY MSTU AMBULANCE | $776 | $776 | $776 | 0.46290 | $0.36 |
| LAKE COUNTY MSTU FIRE | $776 | $776 | $776 | 0.47040 | $0.37 |
| SCHOOL BOARD STATE | $776 | $776 | $776 | 3.70100 | $2.87 |
| SCHOOL BOARD LOCAL | $776 | $776 | $776 | 2.99800 | $2.33 |
| CITY OF MASCOTTE | $776 | $776 | $776 | 7.13230 | $5.53 |
| ST JOHNS RIVER FL WATER MGMT DIST | $776 | $776 | $776 | 0.22870 | $0.18 |
| LAKE COUNTY VOTED DEBT SERVICE | $776 | $776 | $776 | 0.11000 | $0.09 |
| LAKE COUNTY WATER AUTHORITY | $776 | $776 | $776 | 0.33680 | $0.26 |
| | | | | Total: 20.4728 | Total: $15.90 |

## Exemptions Information

**This property is benefitting from the following exemptions with a checkmark ✓**

| | | |
|---|---|---|
| Homestead Exemption (first exemption up to $25,000) | *Learn More* | *View the Law* |
| Additional Homestead Exemption (up to an additional $25,000) | *Learn More* | *View the Law* |
| Limited Income Senior Exemption (applied to county millage - up to $50,000) | *Learn More* | *View the Law* |
| Limited Income Senior Exemption (applied to city millage - up to $25,000) ⓘ | *Learn More* | *View the Law* |
| Limited Income Senior 25 Year Residency (county millage only-exemption amount varies) | *Learn More* | *View the Law* |
| Widow / Widower Exemption (up to $500) | *Learn More* | *View the Law* |
| Blind Exemption (up to $500) | *Learn More* | *View the Law* |
| Disability Exemption (up to $500) | *Learn More* | *View the Law* |
| Total and Permanent Disability Exemption (amount varies) | *Learn More* | *View the Law* |
| Veteran's Disability Exemption ($5000) | *Learn More* | *View the Law* |
| Veteran's Total and Permanent Disability Exemption (amount varies) | *Learn More* | *View the Law* |
| Veteran's Combat Related Disability Exemption (amount varies) | *Learn More* | *View the Law* |
| Deployed Servicemember Exemption (amount varies) | *Learn More* | *View the Law* |
| First Responder Total and Permanent Disability Exemption (amount varies) | *Learn More* | *View the Law* |
| Surviving Spouse of First Responder Exemption (amount varies) | *Learn More* | *View the Law* |
| Conservation Exemption (amount varies) | *Learn More* | *View the Law* |
| Tangible Personal Property Exemption (up to $25,000) | *Learn More* | *View the Law* |
| Religious, Charitable, Institutional, and Organizational Exemptions (amount varies) | *Learn More* | *View the Law* |
| Economic Development Exemption | *Learn More* | *View the Law* |
| Government Exemption (amount varies) | *Learn More* | *View the Law* |

## Exemption Savings ⓘ

**The exemptions marked with a ✓ above are providing a tax dollar savings of: $0.00**

## Assessment Reduction Information (3% cap, 10% cap, Agricultural, Portability, etc.)

FILED DATE: 4/23/2021 11:28 AM   2021L004215

Property Details : Lake County Property Appraiser

**This property is benefitting from the following assessment reductions with a checkmark ✓**

| | | |
|---|---|---|
| Save Our Homes Assessment Limitation (3% assessed value cap) | *Learn More* | *View the Law* |
| Save Our Homes Assessment Transfer (Portability) | *Learn More* | *View the Law* |
| Non-Homestead Assessment Limitation (10% assessed value cap) | *Learn More* | *View the Law* |
| Conservation Classification Assessment Limitation | *Learn More* | *View the Law* |
| Agricultural Classification | *Learn More* | *View the Law* |
| **NOTE:** Should a determination be made that a property no longer meets the criteria for a bona fide agricultural purpose, a formal denial will be mailed on or before July 1 of the applicable tax year. | | |

## Assessment Reduction Savings ⓘ

**The assessment reductions marked with a ✓ above are providing a tax dollar savings of: $0.00**

**NOTE:** Information on this Property Record Card is compiled and used by the Lake County Property Appraiser for the sole purpose of ad valorem property tax assessment administration in accordance with the Florida Constitution, Statutes, and Administrative Code. The Lake County Property Appraiser makes no representations or warranties regarding the completeness and accuracy of the data herein, its use or interpretation, the fee or beneficial/equitable title ownership or encumbrances of the property, and assumes no liability associated with its use or misuse. See the posted Site Notice.

Copyright © 2014 Lake County Property Appraiser. All rights reserved.
Property data last updated on April 11, 2021.
**Site Notice**

FILED DATE: 4/23/2021 11:28 AM   2021L004215

Prepared By/Return To:
Cummins, Mueller & Judson, P.A.
295 N. Hwy. 50, Suite 2
Clermont, FL 34711
Grantees S.S.#:
Parcel I.D. #:1522240001-000-02400

94 33757

FILED
4/23/2021 11:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
CLERK LAKE COOK COUNTY, IL
2021L004215

**THIS WARRANTY DEED, Made the 9th day of May, 1994, by FREDERICK K. PLUMMER and CATALDO CERILLI, hereinafter called the Grantor, to CARCER ENTERPRISES, INC., a Florida Corporation, whose address is 1930 Brantley Circle, Clermont, Florida 34711, hereinafter called the Grantee.**

BOOK 1299 PAGE 1192

(Wherever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations wherever the context so admits or requires.)

**WITNESSETH:** That the Grantor, for and in consideration of the sum of $10.00 and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Grantee all that certain land situate in Lake County, State of Florida, viz:

**AS PER EXHIBIT "A" ATTACHED HERETO AND BY REFERENCE MADE A PART HEREOF.**

**THE PROPERTY BEING CONVEYED HEREIN IS NOT THE HOMESTEAD PROPERTY OF THE GRANTORS.**

**TOGETHER,** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD,** the same in fee simple forever.

**AND** the Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of aid land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 1994.

**IN WITNESS WHEREOF,** the said Grantor has hereunto set their hands and seals the day and year first above written.

Signed, sealed and delivered in the presence of:

_____
Witness Signature

Victoria C Burns
Printed Name

_____
Witness Signature

Norman C Cummins
Printed Name

_____
Frederick K. Plummer
P. O. Box 701
Minneola, FL 34755
Address

_____
Cataldo Cerilli
1930 Brantley Circle
Clermont, FL 34711

STATE OF FLORIDA
COUNTY OF LAKE

I hereby certify that on this day, before me, an officer duly authorized to administer oaths and take acknowledgments, personally appeared FREDERICK K. PLUMMER and CATALDO CERILLI, known to me to be the person(s) described in and who executed the foregoing instrument, who acknowledged before me that they executed the same, and who are ✓ personally known to me and who ___ did, ___ did not take an oath.

_____
NOTARY PUBLIC
My Commission Expires:



4/21/2021                                    Gmail - [Lien Express] Payment Confirmation

# M Gmail

Bonnie Walker <walkerbonnie47@gmail.com>
FILED
4/23/2021 11:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

## [Lien Express] Payment Confirmation
1 message

**LienHub Administrator** <lienhub@grantstreet.com>                    Fri, Jan 8, 2021 at 4:29 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.citrus.lienexpress.net has been submitted for processing.

Confirmation #29101469206

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Citrus County |
| Amount: | $188.94 |
| Payment Method: | Electronic Debit |
| Submitted: | 1/8/2021 5:29 PM EST |

This payment is currently marked as PENDING.

It will be marked as VALID on 1/18/2021, unless the payment is rejected by your financial institution, in which case we will notify you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 1662761 | 10047 | 2010 | $188.94 |

 Gmail

Bonnie Walker <walkerbonnie47@gmail.com>

FILED
4/23/2021 11:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

## [Lien Express] Payment Confirmation
1 message

**LienHub Administrator** <lienhub@grantstreet.com>
To: walkerbonnie47@gmail.com

Mon, Jan 11, 2021 at 4:22 PM

Your electronic payment on www.citrus.lienexpress.net has been submitted for processing.

Confirmation #52890370776

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Citrus County |
| Amount: | $149.84 |
| Payment Method: | Electronic Debit |
| Submitted: | 1/11/2021 5:22 PM EST |

This payment is currently marked as PENDING.

It will be marked as VALID on 1/19/2021, unless the payment is rejected by your financial institution, in which case we will notify you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 1647568 | 9727 | 2012 | $149.84 |

FILED DATE: 4/23/2021 11:28 AM    2021L004215

4/21/2021                                                Gmail - [Lien Express] Payment Confirmation

 **Gmail**

Bonnie Walker <walkerbonnie47@gmail.com>

FILED
4/23/2021 11:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

## [Lien Express] Payment Confirmation
2 messages

**LienHub Administrator** <lienhub@grantstreet.com>                          Fri, Jan 22, 2021 at 2:47 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.stlucie.lienexpress.net has been submitted for processing.

Confirmation #89420666288

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | St. Lucie County |
| Amount: | $301.97 |
| Payment Method: | Electronic Debit |
| Submitted: | 1/22/2021 3:47 PM EST |

This payment is currently marked as PENDING.
It will be marked as VALID on 2/1/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 4420-131-0001-020/8 | 9495 | 2013 | $87.14 |
| 4511-413-0001-210/1 | 9800 | 2013 | $214.83 |

---

**LienHub Administrator** <lienhub@grantstreet.com>                          Fri, Jan 22, 2021 at 4:19 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.stlucie.lienexpress.net has been submitted for processing.

Confirmation #92267782703

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | St. Lucie County |
| Amount: | $57.66 |
| Payment Method: | Electronic Debit |
| Submitted: | 1/22/2021 5:19 PM EST |

This payment is currently marked as PENDING.
It will be marked as VALID on 2/1/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 3408-700-0001-000/7 | 3367 | 2018 | $57.66 |

FILED DATE: 4/23/2021 11:28 AM   2021L004215

FILED DATE: 4/23/2021 11:28 AM 2021L004215

4/21/2021                                    Gmail - [Lien Express] Payment Confirmation

 Gmail

Bonnie Walker <walkerbonnie47@gmail.com>

FILED
4/23/2021 11:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

## [Lien Express] Payment Confirmation
1 message

**LienHub Administrator** <lienhub@grantstreet.com>                    Thu, 1366835, 2021 at 3:03 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.santarosa.lienexpress.net has been submitted for processing.

Confirmation #16452257656

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Santa Rosa County |
| Amount: | $325.82 |
| Payment Method: | Electronic Debit |
| Submitted: | 2/4/2021 3:03 PM CST |

This payment is currently marked as PENDING.

It will be marked as VALID on 2/12/2021, unless the payment is rejected by your financial institution, in which case we will notify you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 325N290000004000010M | 1705375 | 2016 | $40.94 |
| 271N280000003000050M | 1705195 | 2016 | $40.89 |
| 405N290000158000080M | 1705393 | 2016 | $40.62 |
| 405N290000158000100M | 1705394 | 2016 | $40.62 |
| 405N290000158000110M | 1705395 | 2016 | $40.62 |
| 405N290000158000390M | 1705404 | 2016 | $40.62 |
| 202S260000005000070M | 1705455 | 2016 | $40.62 |
| 133N290000004000110M | 2004867 | 2019 | $40.89 |

4/21/2021                                    Gmail - [Lien Express] Payment Confirmation

# M Gmail

Bonnie Walker <walkerbonnie47@gmail.com>

FILED
4/23/2021 11:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

## [Lien Express] Payment Confirmation
1 message

**LienHub Administrator** <lienhub@grantstreet.com>                    Sat, Feb 6, 2021 at 7:03 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.flagler.lienexpress.net has been submitted for processing.

Confirmation #46378490450

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Flagler |
| Amount: | $111.47 |
| Payment Method: | Electronic Debit |
| Submitted: | 2/6/2021 8:03 PM EST |

This payment is currently marked as PENDING.

It will be marked as VALID on 2/16/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 2110282775000500780 | 218 | 2017 | $55.36 |
| 2110282775000400614 | 93 | 2017 | $56.11 |

4/21/2021                                      Gmail - [Lien Express] Payment Confirmation

 **Gmail**

Bonnie Walker <walkerbonnie47@gmail.com>

FILED
4/23/2021 11:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

## [Lien Express] Payment Confirmation
1 message

**LienHub Administrator** <lienhub@grantstreet.com>                    Thu, Mar 25, 2021 at 11:01 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.santarosa.lienexpress.net has been submitted for processing.

Confirmation #91224939306

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Santa Rosa County |
| Amount: | $463.72 |
| Payment Method: | Electronic Debit |
| Submitted: | 3/25/2021 11:01 PM CDT |

This payment is currently marked as PENDING.

It will be marked as VALID on 4/2/2021, unless the payment is rejected by your financial institution, in which case we will notify you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 132N260000001000050M | 51 | 2014 | $50.90 |
| 271N280000003000050M | 1705195 | 2016 | $41.20 |
| 274N300000003000070M | 1705439 | 2016 | $41.25 |
| 265N300000005000090M | 1705441 | 2016 | $41.25 |
| 344N260000001000080M | 1705144 | 2016 | $41.25 |
| 021N270000004000000M | 1705145 | 2016 | $41.25 |
| 121N270000001000000M | 1705147 | 2016 | $41.25 |
| 032S280000005000000M | 1705524 | 2016 | $41.25 |
| 274N300000003000070M | 2005044 | 2019 | $41.39 |
| 342N290000002000090M | 2004865 | 2019 | $41.34 |
| 344N260000001000080M | 2004710 | 2019 | $41.39 |

4/21/2021                                    Gmail - [Lien Express] Payment Confirmation

 **Gmail**

Bonnie Walker <walkerbonnie47@gmail.com>

FILED
4/23/2021 11:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

FILED DATE: 4/23/2021 11:28 AM   2021L004215

## **[Lien Express] Payment Confirmation**
2 messages

**LienHub Administrator** <lienhub@grantstreet.com>                Sun, Mar 28, 2021 at 2:56 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.santarosa.lienexpress.net has been submitted for processing.

Confirmation #35596540541

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Santa Rosa County |
| Amount: | $235.22 |
| Payment Method: | Electronic Debit |
| Submitted: | 3/28/2021 2:56 PM CDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/6/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 231N291210013000000M | 1705267 | 2016 | $43.60 |
| 132N260000001000020M | 2004635 | 2019 | $48.95 |
| 342N260000001000020M | 2004672 | 2019 | $48.20 |
| 072N290000002000000M | 2004858 | 2019 | $48.73 |
| 033N260000001000050M | 2004684 | 2019 | $45.74 |

**LienHub Administrator** <lienhub@grantstreet.com>                Sun, Mar 28, 2021 at 8:26 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.santarosa.lienexpress.net has been submitted for processing.

Confirmation #95527992160

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Santa Rosa County |
| Amount: | $335.52 |
| Payment Method: | Electronic Debit |
| Submitted: | 3/28/2021 8:26 PM CDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/6/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

4/21/2021                                    Gmail - [Lien Express] Payment Confirmation

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 222N260000001000010M | 5708 | 2013 | $61.46 |
| 275N290000001000010M | 5947 | 2013 | $153.52 |
| 201N280000005000000M | 1591 | 2014 | $120.54 |

FILED DATE: 4/23/2021 11:28 AM   2021L004215

4/21/2021　　　　　　　　　　　　　　Gmail - [Lien Express] Payment Confirmation

 Gmail

Bonnie Walker <walkerbonnie47@gmail.com>

FILED
4/23/2021 11:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

## [Lien Express] Payment Confirmation
1 message

**LienHub Administrator** <lienhub@grantstreet.com>　　　　　　　　Tue, 1996863032021 at 3:53 PM
To: walkerbonnie47@gmail.com

Your electronic payment on www.santarosa.lienexpress.net has been submitted for processing.

Confirmation #51882927397

| | |
|---|---|
| User ID: | DOCOLLIER88 |
| Website: | Santa Rosa County |
| Amount: | $52.07 |
| Payment Method: | Electronic Debit |
| Submitted: | 3/30/2021 3:53 PM CDT |

This payment is currently marked as PENDING.
It will be marked as VALID on 4/7/2021, unless the payment is
rejected by your financial institution, in which case we will notify
you by email.

Your payment is for the following:

| Account Number | Certificate Number | Tax Year | Cost |
|---|---|---|---|
| 345N280000002030000 | 2002404 | 2019 | $52.07 |



# CHARLOTTE COUNTY PROPERTY APPRAISER
# PAUL L. POLK, CFA, AA, RES
TAX ASSESSOR 1921-1976
PROPERTY APPRAISER 1976-PRESENT

FILED
4/23/202...
...g. MARTHE?
CIRCUIT CLERK

13069426

FILED DATE: 4/23/2021 11:33 AM   2021L004215

## Real Property Information for 402603300002 for the 2021 Tax Roll

The Charlotte County Property Appraiser makes every effort to produce and publish the most current and accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use, or its interpretation. If a discrepancy is discovered in your property's records, or those of another, please bring it to our attention immediately.

### Owner:

FARABEE MINE & SHELL LLC
1924 SANTA BARBARA BLVD STE 1
NAPLES , FL 34116

Ownership current through: 4/6/2021

### Property Location:

| | |
|---|---|
| **Property Address:** 45060 FARABEE RD | |
| **Property City & Zip:** PUNTA GORDA 33982 | |
| **Business Name:** | |

### General Parcel Information

| |
|---|
| **Taxing District:** |
| 110 |
| **Current Use:** |
| MINING LANDS, PETROLEUM LANDS, OR GAS LANDS |
| **Future Land Use (Comp. Plan):** |
| Agriculture |
| **Zoning Code:** |
| AG |
| **Market Area / Neighborhood / Subneighborhood:** |
| 04/56/00 |
| **Map Number:** |
| 8A03S |
| **Section/Township/Range:** |
| 03-40-26 |
| **SOH Base Year:** |
| |
| **Waterfront:** |
| NO |

4/21/2021     Charlotte County Property Appraiser - Real Property Record Card

FILED DATE: 4/23/2021 11:33 AM   2021L004215

## Sales Information

| Date | Book/Page | Selling Price | Sales code | Qualification/Disqualification Code |
|------|-----------|---------------|------------|--------------------------------------|
| 12/30/2003 | 2861/909 | $400 | VAC-MULTI | |
| 11/28/2005 | 2857/2177 | $100 | VAC-MULTI | 19 |
| 2/15/2007 | 3115/1165 | $2,067,300 | VACANT | 05 |
| 8/23/2010 | 3508/1663 | $100 | VAC-MULTI | 11 |
| 9/17/2012 | 3695/1321 | $350,000 | VAC-MULTI | 05 |

Click on the book/page to view transaction document images on the Clerk of the Circuit Court's web site.

Click on Qualification/Disqualification Code for a description of the code. Codes are not available prior to 2003.

## FEMA Flood Zone (Effective 5/5/2003)

| Firm Panel | Floodway | SFHA | Flood Zone | FIPS | COBRA | Community | Base Flood Elevation (ft.) | Letter of Map Revision (LOMR) |
|------------|----------|------|------------|------|-------|-----------|-----------------------------|-------------------------------|
| 0150F | OUT | OUT | X | 12015C | COBRA OUT | 120061 | | |

*If parcel has more than 1 flood zone, refer to the flood maps available on the GIS web site by clicking on View Map below.

Flood term definitions.

For more information, please contact Building Construction Services at 941-743-1201.

## 2020 Value Summary

| Approach | Land | Land Improvements | Building | Damage | Total |
|----------|------|-------------------|----------|--------|-------|
| Cost Approach | | | | | N/A |
| Income Approach | | | | | N/A |
| Market Approach | $990 | | | | $990 |
| Classified Value | | | | | N/A |

## 2020 Certified Tax Roll Values, as of January 1, 2020

| Approach | County | City | School | Other |
|----------|--------|------|--------|-------|
| Certified Just Value (Just Value reflects 193.011 adjustment.): | $842 | $842 | $842 | $842 |
| Certified Assessed Value: | $801 | $801 | $842 | $801 |
| Certified Taxable Value: | $801 | $801 | $842 | $801 |

## Land Information

| Line | Description | Land Use | Zoning | Unit Type | Units | Depth | Table/ Factor | Acreage |
|------|-------------|----------|--------|-----------|-------|-------|---------------|---------|
| 1 | ZZZ 034026 P10 | 9200 | AG | ACRE | 0.08 | 0 | | 0.08 |

Land Value may be adjusted due to scrub jay habitat. You can access the Board of County Commissioner's website to determine if this parcel is within scrub jay habitat. For more information on scrub jay habitat whith Charlotte County, see the County's Natural Resources web site.

## Legal Description:

4/21/2021                                    Charlotte County Property Appraiser - Real Property Record Card

| Short Legal: | Long Legal: |
|---|---|
| ZZZ | 3 40 26 .08 A M/L P-10 BEG NW COR SW1/4 S ALG SEC LINE 774 FT TH E 390FT TO POB |
| 034026 | S 116.2FT E 30 FT N 116.2FT W 30FT TO POB FORMERLY KNOWN AS LT 1 BLK 10 SEC |
| P10 | B BERMONT VILLAS VACATED OR225/329 95/17 DC2861/909FWH&GLH 2861/909 |
|  | 2857/2177 3115/1165 CT3508/1663 ORD3524/142 3695/1321 |

**Data Last Updated: 4/10/2021- Printed On: 4/10/2021.**

Copyright 2020 Charlotte County Property Appraiser. All rights reserved.

FILED DATE: 4/23/2021 11:33 AM  2021L004215

# APPLICATION FOR TAX DEED

## Section 197.502, Florida Statutes

512
R. 12/16

FILED
4/23/2021 11:33 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

13069426

To: Tax Collector of  Charlotte County                    , Florida

I,

DORIS WALKER
604 ROLLINS RD 43
INGLESIDE, IL 60041

hold the listed tax certificate and hereby surrender the same to the Tax Collector and make tax deed application thereon:

| Account Number | Certificate No. | Date | Legal Description |
|---|---|---|---|
| 402603300003 | 2018/8397 | 6/1/2018 | ZZZ 034026 P11 3 40 26 P-11 .08A M/LBEG NW COR SWU/4 S ALG SEC LINE 774 FT TH E 540FT TO POB TH S 116.2FT TH E 30FT TH N 116.2FT TH W 30FT TO POB FORMERLY KNOWN AS LT 6 BLK 10 SEC B BERMONT VILLAS VAC OR225/329 2857/2177 DC2861/909-FWH&GLH 2861/909 PRO7-61GH 3101/1219 3115/1165 CT3508/1663 ORD3524/142 3695/1321 |

I agree to:

- pay any current taxes, if due and
- redeem all outstanding tax certificates plus interest not in my possession, and
- pay all delinquent and omitted taxes, plus interest covering the property.
- pay all Tax Collector's fees, ownership and encumbrance report costs, Clerk of the Court costs, charges and fees, and Sheriff's costs, if applicable.

Attached is the tax sale certificate on which this application is based and all other certificates of the same legal description which are in my possession.

DORIS WALKER
604 ROLLINS RD 43
INGLESIDE, IL 60041

_Electronic signature on file_

Applicant's signature

4/16/2021

Application Date

FILED DATE: 4/23/2021 11:33 AM  2021L004215

4/21/2021                                          Clerk of Court - Official Records

| 1 / 1 | | | | | | | |
|---|---|---|---|---|---|---|---|

FILED

BARBARA T. SCOTT, CHARLOTTE COUNTY CLERK
INSTR # 1640703 Doc Type D, Recorded 02/
$14471.10    Rec. Fee:  $10.00 Cashier B

4/23/2021 11:33 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

13069426



Return to:
Name:        Arcadia Abstract & Title Company, Inc.
Address:     20 West Oak Street
             Arcadia, Florida 34266

This Instrument Prepared:
             Mary K. Heitman
             Arcadia Abstract & Title Company, Inc.
             20 West Oak Street
             Arcadia, Florida 34266
as a necessary incident to the fulfillment of conditions
contained in a title insurance commitment issued by it.

*10*

*14,471.10*

Property Appraisers Parcel I.D. (Folio) Number(s):
0074264-000100-5
File No:200620565

**WARRANTY DEI**

**This Warranty Deed** Made the 15th day of February, 2007
Safron, husband and wife, hereinafter called the grantor, v
Pine Drive, Punta Gorda, Florida 33982

to **Florida Investments, LLC,** whose post office address is
**Charlotte, Florida 33954,** hereinafter called the grantee,

WITNESSETH:   That said grantor, for and in consideration of t
considerations, receipt whereof is hereby acknowledged, hereby g
conveys and confirms unto the grantee, all that certain land situate in

A parcel of land lying in the SW ¼ of Section 3, Township 40 Sc

FILED
4/23/2021 11:53 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

13070178

FILED DATE: 4/23/2021 11:53 AM   2021L004215

4/23/2021                                              Gmail - Consumer Complaint

 Gmail

Jimmy Townes <jimmytownes27@gmail.com>

FILED
4/23/2021 6:07 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13078864

## Consumer Complaint

2 messages

**Jimmy Townes** <jimmytownes27@gmail.com>                Thu, Apr 22, 2021 at 1:53 PM
To: oighotline@fdicoig.gov

My name is Doris V Walker and I am contacting your office to complain of harassment by a bank. I have made several deposits and they have not been balanced for weeks. Banking hours have been cut short and staff unavailable for bank statements.
Walker

---

**OIG Hotline** <OIGHotline@fdicoig.gov>                Thu, Apr 22, 2021 at 1:53 PM
To: Jimmy Townes <jimmytownes27@gmail.com>

Thank you for your correspondence to the Federal Deposit Insurance Corporation (FDIC) Office of Inspector General (OIG). Please note that our Hotline is not staffed to support emergency responses. If your submission concerns a life-threatening emergency, please call 911.

Your information will be carefully considered by our Hotline staff and other OIG subject matter experts to determine the appropriate course of action. We may contact you again if we need additional information or to inform you of the disposition of your correspondence.

Thank you for sharing this information with us as we aim to reduce fraud, waste, and abuse in FDIC programs and operations.

Sincerely,

Office of Inspector General

Federal Deposit Insurance Corporation

FILED DATE: 4/23/2021 6:07 PM  2021L004215

4/21/2021

Lake County -

FILED
4/23/2021 6:07 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13078864

**My Payments**

| Confirmation # | Type | Method | Date | Status |
|---|---|---|---|---|
| 39642666896 (https://lienhub.com/county/lake/countyheld/user/account/receipt/603) | Purchase | Electronic Debit | 4/3/2021 (https://lienhub.com/county/lake/county... | Charged Ba |
| Cert. # 2592 MINERAL RIGHTS IN: SW 1/4 OF NW 1/4, SW 1/4 OF ... (https://lienhub.com/county/lake/countyheld/certificates/7605/details) (2020) | | | | |
| Cert. # 2593 MINERAL RIGHTS IN: E 1/2 OF SE 1/4, E 1/2 OF NE... (https://lienhub.com/county/lake/countyheld/certificates/7607/details) (2020) | | | | |
| 11264401997 (https://lienhub.com/county/lake/countyheld/user/account/receipt/605) | Purchase | Electronic Debit | 4/8/2021 (https://lienhub.com/county/lake/county... | Valid |
| Cert. # 1700 SW 1/4 OF NE 1/4 LYING SE'LY OF BAY RIDGE SUB P... (https://lienhub.com/county/lake/countyheld/certificates/6795/details) (2019) | | | | |
| 65579049115 (https://lienhub.com/county/lake/countyheld/user/account/receipt/606) | Purchase | Electronic Debit | 4/12/2021 (https://lienhub.com/county/lake/county... | Valid |
| Cert. # 1578 GROVELAND FARMS 17-23-25 TRACTS 21, 22 & W 1/2 ... (https://lienhub.com/county/lake/countyheld/certificates/6682/details) (2019) | | | | |
| Cert. # 2954 MINERAL RIGHTS IN: SW 1/4 OF NW 1/4, SW 1/4 OF ... (https://lienhub.com/county/lake/countyheld/certificates/6955/details) (2019) | | | | |
| 30567509901 (https://lienhub.com/county/lake/countyheld/user/account/receipt/609) | Purchase | Electronic Debit | 4/14/2021 (https://lienhub.com/county/lake/county... | Pending |
| Cert. # 1846 GROVELAND FARMS 17-23-25 TRACTS 21, 22 & W 1/2 ... (https://lienhub.com/county/lake/countyheld/certificates/5138/details) (2016) | | | | |
| Cert. # 4712 S 198 FT OF W 66 FT OF SE 1/4 OF SE 1/4 OF SW 1... (https://lienhub.com/county/lake/countyheld/certificates/5428/details) (2016) | | | | |
| Cert. # 1663 GROVELAND FARMS 26-22-25 TRACTS 51, 52 PB 2 PGS... (https://lienhub.com/county/lake/countyheld/certificates/6161/details) (2018) | | | | |
| Cert. # 1695 GROVELAND FARMS 17-23-25 TRACTS 21, 22 & W 1/2 ... (https://lienhub.com/county/lake/countyheld/certificates/6166/details) (2018) | | | | |
| 93627282497 (https://lienhub.com/county/lake/countyheld/user/account/receipt/611) | Purchase | Electronic Debit | 4/18/2021 (https://lienhub.com/county/lake/county... | Pending |
| Cert. # 1760 GROVELAND FARMS 26-22-25 TRACTS 51, 52 PB 2 PGS... (https://lienhub.com/county/lake/countyheld/certificates/4180/details) (2015) | | | | |
| Cert. # 1806 GROVELAND FARMS 17-23-25 TRACTS 21, 22 & W 1/2 ... (https://lienhub.com/county/lake/countyheld/certificates/4201/details) (2015) | | | | |
| Cert. # 4185 FRACTIONAL S 1/2 OF NW 1/4 OF SE 1/4ORB 3707 PG... (https://lienhub.com/county/lake/countyheld/certificates/5424/details) (2016) | | | | |
| Cert. # 5006 BEG NE COR OF GOV LOT 1, RUN S 440 FT, W 1320 F... (https://lienhub.com/county/lake/countyheld/certificates/6527/details) (2018) | | | | |
| 75942125493 (https://lienhub.com/county/lake/countyheld/user/account/receipt/612) | Purchase | Electronic Debit | 4/19/2021 (https://lienhub.com/county/lake/county... | Pending |
| Cert. # 3909 FRACTIONAL S 1/2 OF NW 1/4 OF SE 1/4ORB 3707 PG... (https://lienhub.com/county/lake/countyheld/certificates/4480/details) (2015) | | | | |

Privacy Policy (https://lienhub.com/doc/privacy) | Disclaimer (https://lienhub.com/doc/disclaimer) | User Agreement (https://lienhub.com/doc/terms) | Contact Us (https://lienhub.com/user/contact)
Copyright © 1997 - 2021. All rights reserved.

4/21/2021

Indian River County -

FILED
4/23/2021 6:07 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13078864

My Payments

| Confirmation # | Type | Method | Date | |
|---|---|---|---|---|
| 09442591625 (https://lienhub.com/county/indianriver/countyheld/user/account/receipt/184) | Purchase | Electronic Debit | 4/5/2021 | (https://lienhub.com/county/india |
| Cert. # 1578 (https://lienhub.com/county/indianriver/countyheld/certificates/942/details) (2020) | | | | SUBSURFACE RIGHTS W 1/2 OF SEC 24 AS DESC IN OR... |
| 38976481994 (https://lienhub.com/county/indianriver/countyheld/user/account/receipt/186) | Purchase | Electronic Debit | 4/12/2021 | (https://lienhub.com/county/india |
| Cert. # 1578 (https://lienhub.com/county/indianriver/countyheld/certificates/942/details) (2020) | | | | SUBSURFACE RIGHTS W 1/2 OF SEC 24 AS DESC IN OR... |
| 38737142229 (https://lienhub.com/county/indianriver/countyheld/user/account/receipt/189) | Purchase | Electronic Debit | 4/18/2021 | (https://lienhub.com/county/india |
| Cert. # 1868 (https://lienhub.com/county/indianriver/countyheld/certificates/395/details) (2015) | | | | PARADISE PARK UNIT NO 3 IRF BLK N LOT 16 PBI 4-34 |

FILED DATE: 4/23/2021 6:07 PM  2021L004215

# My Updates

FILED
4/23/2021 6:07 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13078864

My Portfolio (https://lienhub.com/county/hillsborough/portfolio)

My Certificates (https://lienhub.com/county/hillsborough/portfolio
/certificates/all)

My Tax Deed Applications (https://lienhub.com/county/hillsborough/portfolio
/deeds/list)

Notifications (https://lienhub.com/county/hillsborough/portfolio/updates
/status_log)

| Timestamp | Account Number | Tax Year | Cert Number | Deed Application Number | Message |
|---|---|---|---|---|---|
| 4/10/2021 2:08:45 PM | A0317970001 | 2014 | 3091 | 9629 | Tax Deed Application submitted to Hillsborough County. |
| 4/10/2021 2:08:45 PM | A0317970001 | 2014 | 3091 | 9629 | Tax deed was added to your list. |
| 4/5/2021 5:30:39 AM | A0317970001 | 2014 | 3091 | | Certificate is no longer blocked. |
| 4/4/2021 4:39:53 PM | A0317970001 | 2014 | 3091 | | Certificate was added to your list. |
| 4/3/2021 5:59:54 AM | A0817501000 | 2013 | 329353 | | Certificate is no longer blocked. |
| 4/3/2021 5:59:53 AM | A0817501000 | 2017 | 9477 | | Certificate is no longer blocked. |

Page 1 of 1

Privacy Policy
(https://lienhub.com

Hillsborough County - My Updates

https://lienhub.com/county/hillsborough/portfolio/updates/status_log

/doc/privacy) | Disclaimer
(https://lienhub.com
/doc/Disclaimer)
(https://lienhub.com
/doc/terms) | Contact Us
(https://lienhub.com
/user/contact)

Copyright © 1997 - 2021. All
rights reserved.

| Timestamp | Account Number | Tax Year | Certificate Number | Deed Application Number | Message |
|---|---|---|---|---|---|
| 4/3/2021 5:59:52 AM | A0817501000 | 2019 | 9918 | | Certificate is no longer blocked. |
| 4/3/2021 5:44:46 AM | A0636790200 | 2015 | 7529 | | Certificate is no longer blocked. |
| 4/3/2021 5:44:46 AM | A0636790200 | 2014 | 7614 | | Certificate is no longer blocked. |
| 4/3/2021 5:44:46 AM | A0636790200 | 2013 | 326047 | | Certificate is no longer blocked. |
| 4/3/2021 5:44:45 AM | A0636790200 | 2019 | 7229 | | Certificate is no longer blocked. |
| 4/3/2021 5:44:45 AM | A0636790200 | 2018 | 7774 | | Certificate is no longer blocked. |
| 4/3/2021 5:44:45 AM | A0636790200 | 2016 | 7048 | | Certificate is no longer blocked. |
| 4/3/2021 4:51:14 AM | A0817501000 | 2017 | 9477 | | Certificate was added to your list. |
| 4/3/2021 4:51:13 AM | A0817501000 | 2019 | 9918 | | Certificate was added to your list. |
| 4/3/2021 4:47:10 AM | A0636790200 | 2019 | 7229 | | Certificate was added to your list. |
| 4/2/2021 3:50:53 PM | A0636790200 | 2018 | 7774 | | Certificate was added to your list. |
| 4/2/2021 3:50:53 PM | A0636790200 | 2016 | 7048 | | Certificate was added to your list. |

FILED DATE: 4/23/2021 6:07 PM   2021L004215

2 of 3

4/13/21, 7:43 PM

Hillsborough County - My Updates

https://lienhub.com/county/hillsborough/portfolio/updates/status_log

| Timestamp | Account Number | Tax Year | Cert Number | Deed Application Number | Message |
|-----------|----------------|----------|-------------|-------------------------|---------|
| 4/2/2021 3:50:53 PM | A0636790200 | 2015 | 7529 | | Certificate was added to your list. |
| 4/2/2021 8:03:36 AM | A0817501000 | 2013 | 329353 | | Certificate was added to your list. |
| 4/2/2021 8:03:35 AM | A0636790200 | 2013 | 326047 | | Certificate was added to your list. |
| 4/2/2021 8:03:34 AM | A0636790200 | 2014 | 7614 | | Certificate was added to your list. |

Page 1 of 1

Download (https://lienhub.com/county/hillsborough/portfolio/updates/status_log_table.xls?q=%7B%7D%0A)

4/13/21, 7:43 PM

4/21/2021                                           Charlotte County -

FILED
4/23/2021 6:07 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13078864

Charlotte County processes redemptions via ACH and requires that your bidder number have ACH account ... LienHub to ...

**My Payments**

| Confirmation # | Type | Method | Date |
|---|---|---|---|
| 44480020461 (https://lienhub.com/county/charlotte/countyheld/user/account/receipt/1366) | Purchase | Electronic Debit | 3/31/2021 |
| | | | (https://lienhub.com/county/charl...) |
| Cert. # 8396 ZZZ 034026 P10 3 40 26 .08 A M/L P-10 BEG NW CO... (https://lienhub.com/county/charlotte/countyheld/certificates/25312/details) (2018) | | | |
| Cert. # 8397 ZZZ 034026 P11 3 40 26 P-11 .08A M/LBEG NW COR ... (https://lienhub.com/county/charlotte/countyheld/certificates/25313/details) (2018) | | | |
| Cert. # 7967 ZZZ 034026 P11 3 40 26 P-11 .08A M/LBEG NW COR ... (https://lienhub.com/county/charlotte/countyheld/certificates/28059/details) (2019) | | | |
| Cert. # 9064 ZZZ 034026 P10 3 40 26 .08 A M/L P-10 BEG NW CO... (https://lienhub.com/county/charlotte/countyheld/certificates/32766/details) (2020) | | | |
| Cert. # 9065 ZZZ 034026 P11 3 40 26 P-11 .08A M/LBEG NW COR ... (https://lienhub.com/county/charlotte/countyheld/certificates/32767/details) (2020) | | | |
| 30370227867 (https://lienhub.com/county/charlotte/countyheld/user/account/receipt/1375) | Purchase | Electronic Debit | 4/5/2021 |
| | | | Ch... (https://lienhub.com/county/charl... |
| Cert. # 16411 OGP 001 0007 0003 ORANGE GROVE PARK PART 1 BLK ... (https://lienhub.com/county/charlotte/countyheld/certificates/35354/details) (2020) | | | |

Privacy Policy (https://lienhub.com/doc/privacy) | Disclaimer (https://lienhub.com/doc/disclaimer) | User Agreement (https://lienhub.com/doc/terms) | Contact Us (https://lienhub.com/user/contact)
Copyright © 1997 - 2021. All rights reserved.

https://lienhub.com/county/charlotte/countyheld/user/account/payments                                                                    1/1

4/21/2021

Bay County -

FILED
4/23/2021 6:07 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

My Payments

| Confirmation # | Type | Method | Date | Status |
|---|---|---|---|---|
| 52128536447 (https://lienhub.com/county/bay/countyheld/user/account/receipt/172) | Purchase | Electronic Debit | 4/8/2021 | (https://lienhub.com/county/bay/countyhe... Valid |
| Cert. # 2774 (https://lienhub.com/county/bay/countyheld/certificates/411/details) (2020) | | | HIGHLAND CITY LOT 17 BLK 5 MAP 307:3864 2700 P ... | |
| Cert. # 976 (https://lienhub.com/county/bay/countyheld/certificates/660/details) (2020) | | | 5 2S 13W 80A -1- 88 ALL THAT PART OF E1/2 LYING... | |

Privacy Policy (https://lienhub.com/doc/privacy) | Disclaimer (https://lienhub.com/doc/disclaimer) | User Agreement (https://lienhub.com/doc/terms) | Contact Us (https://lienhub.com/user/contact)
Copyright © 1997 - 2021. All rights reserved.

FILED DATE: 4/23/2021 6:07 PM  2021L004215

4/23/2021                                          Gmail - Your Available Balance

 **Gmail**

Bonnie Walker <walkerbonnie47@gmail.com>

FILED
4/23/2021 6:07 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13078864

### Your Available Balance
1 message

**Bank of America** <onlinebanking@ealerts.bankofamerica.com>                    Sat, Apr 10, 2021 at 5:02 AM
Reply-To: Bank of America <reply-fe8b16797d66047572-29_HTML-1326753719-73720-1010@ealerts.bankofamerica.com>
To: walkerbonnie47@gmail.com



 **BANK OF AMERICA**



## Hi, DORIS, here's your available balance

Balance:              $1,403.53

Account:              PERSONAL CHECKING/SAVINGS
                      ACCOUNT - **5166**

Date:                 April 10, 2021

 View account

This balance may be different from what displays in Online Banking if
you've had subsequent activity on your account since we sent this
message.

 ### Not yet using the mobile app?

Easily and securely manage your accounts on the go with the
Bank of America Mobile app

Download the app now

FILED DATE: 4/23/2021 6:07 PM   2021L004215

4/23/2021                                   Gmail - Your Available Balance

We'll never ask for your personal information such as SSN or ATM PIN in
email messages. If you get an email that looks suspicious or you are not
the intended recipient of this email, don't click on any links. Instead,
forward to abuse@bankofamerica.com then delete it.

Please don't reply to this automatically generated service email.

Privacy Notice          Equal Housing Lender 🏠

Bank of America, N.A. Member FDIC
© 2021 Bank of America Corporation

4/23/2021                 Gmail - Your Available Balance

 Gmail

Bonnie Walker <walkerbonnie47@gmail.com>

FILED
4/23/2021 6:07 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13078864

## Your Available Balance
1 message

**Bank of America** <onlinebanking@ealerts.bankofamerica.com>
Reply-To: Bank of America <reply-fe9d17707563067977-29_HTML-1326753719-73720-1009@ealerts.bankofamerica.com>
To: walkerbonnie47@gmail.com

Mon, Apr 19, 2021 at 8:17 AM





**BANK OF AMERICA**



## Hi, DORIS, here's your available balance

$**976.94**

Balance:

Account:      PERSONAL CHECKING/SAVINGS
ACCOUNT - **5166**

Date:      April 19, 2021



This balance may be different from what displays in Online Banking if you've had subsequent activity on your account since we sent this message.



### Not yet using the mobile app?

Easily and securely manage your accounts on the go with the Bank of America Mobile app

Download the app now

4/23/2021                                          Gmail - Your Available Balance

We'll never ask for your personal information such as SSN or ATM PIN in
email messages. If you get an email that looks suspicious or you are not
the intended recipient of this email, don't click on any links. Instead,
forward to abuse@bankofamerica.com then delete it.

Please don't reply to this automatically generated service email.

Privacy Notice          Equal Housing Lender 🏠

Bank of America, N.A. Member FDIC
© 2021 Bank of America Corporation

4/23/2021                                                    Gmail - Your Available Balance

 Gmail

Bonnie Walker <walkerbonnie47@gmail.com>

FILED
4/23/2021 6:07 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13078864

## Your Available Balance
1 message

**Bank of America** <onlinebanking@ealerts.bankofamerica.com>                    Sun, Apr 11, 2021 at 9:22 AM
Reply-To: Bank of America <reply-fe8b16797d600d7975-29_HTML-1326753719-73720-2010@ealerts.bankofamerica.com>
To: walkerbonnie47@gmail.com



 BANK OF AMERICA

 Hi, DORIS, here's your available balance

Balance:         $1,393.53

Account:         PERSONAL CHECKING/SAVINGS
                 ACCOUNT - **5166**

Date:            April 11, 2021

 View account

This balance may be different from what displays in Online Banking if
you've had subsequent activity on your account since we sent this
message.

 **Not yet using the mobile app?**

Easily and securely manage your accounts on the go with the
Bank of America Mobile app

Download the app now

4/23/2021                                    Gmail - Your Available Balance

We'll never ask for your personal information such as SSN or ATM PIN in
email messages. If you get an email that looks suspicious or you are not
the intended recipient of this email, don't click on any links. Instead,
forward to abuse@bankofamerica.com then delete it.

Please don't reply to this automatically generated service email.

Privacy Notice        Equal Housing Lender 🏠

Bank of America, N.A. Member FDIC
© 2021 Bank of America Corporation

4/23/2021                                    Gmail - Your Available Balance

 **Gmail**                     Bonnie Walker <walkerbonnie47@gmail.com>

FILED
4/23/2021 6:07 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13078864

## Your Available Balance
1 message

**Bank of America** <onlinebanking@ealerts.bankofamerica.com>          Wed, Apr 21, 2021 at 4:47 AM
Reply-To: Bank of America <reply-fe9817707466007b72-29_HTML-1326753719-73720-8@ealerts.bankofamerica.com>
To: walkerbonnie47@gmail.com





**BANK OF AMERICA**



## Hi, DORIS, here's your available balance

|  |  |
|---|---|
| Balance: | **$-1,331.57** |
| Account: | PERSONAL CHECKING/SAVINGS ACCOUNT - **5166** |
| Date: | April 21, 2021 |



This balance may be different from what displays in Online Banking if you've had subsequent activity on your account since we sent this message.

 **Not yet using the mobile app?**

Easily and securely manage your accounts on the go with the Bank of America Mobile app

Download the app now

4/23/2021                              Gmail - Your Available Balance

We'll never ask for your personal information such as SSN or ATM PIN in
email messages. If you get an email that looks suspicious or you are not
the intended recipient of this email, don't click on any links. Instead,
forward to abuse@bankofamerica.com then delete it.

Please don't reply to this automatically generated service email.


Privacy Notice          Equal Housing Lender 🏠


Bank of America, N.A. Member FDIC
© 2021 Bank of America Corporation

FILED
4/23/2021 12:11 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

13070320

Clerk of Circuit Court Cook County 1st Municipal District
Law Division

Doris V Walker

V

Bank of America                                    Ad Addendum 10,000,000.00

FILED DATE: 4/23/2021 12:11 PM   2021L004215

Commercial Litigation Complaint for Fraud

Jury Demand

Now comes the Plaintiff Doris V Walker with this complaint for Fraud. During the months of January, February, March and April 2021 multiple purchases were made through Bank of America doing business in the State of Illinois, The Plaintiff Doris V Walker is a client of the Defendant Bank of America. The bank statements issued by the bank are not true representations of the activity associated with the Defendants Client the Plaintiff Doris V Walker. During this time Bank of America did alter, and delete pertinent financial documentation regarding the Plaintiffs business account. Upon the request of the Plaintiff the Defendant presented falsified documentation.

Exhibits labeled and numbered are attached. Those charges have been erased and deleted from the ledger and account of Plaintiff Doris V Walker. Additionally, I have attached a copy of the original charges that were processed at Bank of America from email receipts, that are invisible from the printout for the juries review, this document is Exhibits D through G. Bank of America printouts associated with the related charges and do not show any of the charges that were sent for processing or payment. A subsequent report was made to the Consumer Financial Protections Agency Exhibit C Additionally, several charges were duplicated. Several inquiries have been made to no avail

The Plaintiff asserts that Bank of America owed its client Doris V Walker a duty of care,
And has failed to secure its obligation to its client the Plaintiff Doris V Walker.

Counts are as follows:

Count 1 Fraud: 18 U.S.C. § 656 Theft, embezzlement, or misapplication by bank officer or
employee. Banned from participating in the affairs of financial institutions by the OCC., 18
U.S.C. § 1344, and 18 U.S.C. § 1001 Fraud by deception

(720 ILCS 5/17-1) (from Ch. 38, par. 17-1)
    Sec. 17-1. Deceptive practices.

(A) General deception.
    A person commits a deceptive practice when, with intent to defraud, the
person does any of the following:
        (1) He or she knowingly causes another,

        or threat, to execute a document disposing of property or a document
        by which a pecuniary obligation is incurred.

Count 2: Fraudulent financial statement:

18 U.S.C. § 656 Theft, embezzlement, or misapplication by bank officer or employee.
Contains any false, incomplete, or misleading

        information concerning any fact or thing material to the claim.

FILED DATE: 4/23/2021 12:11 PM   2021L004215

(2) Conceals (i) the occurrence of an event that is

material to any person's initial or continued right or entitlement to
any insurance benefit or payment or (ii) the amount of any benefit
or payment to which the person is entitled.

Count 3 Cross Charging: the term "proceeds." People v. Perry, 224 Ill.2d 312, 864 N.E.2d 196
(2007) Defendant was charged with theft by deception of property in excess of $10,000. 720
ILCS 5/16-1(a)(2)(A) provides that a person commits theft when he knowingly obtains by
deception control over "property" of the owner, with the intent to permanently deprive the owner
of the use or benefit of the property. 720 ILCS 5/15-1 defines "property" as: "anything of value. .
. includ[ing] real estate, money, commercial instruments, admission or transportation tickets,
written instruments representing or embodying rights concerning anything of value, labor, or
services, or otherwise of value to the owner; things growing on, affixed to, or found or land, or
part of or affixed to any building; electricity, gas and water; telecommunications services; birds,
animals and fish, which ordinarily are kept in a state of confinement; food and drink; samples,
cultures, microorganisms, specimens, records, recordings, documents, blueprints, drawings,
maps, and whole or partial copies, descriptions, photographs, computer programs or data,
prototypes or models thereof, or any other articles, materials, devices, substances and whole or
partial copies, descriptions, photographs, prototypes, or models thereof which constitute,
represent, evidence, reflect or record a secret scientific, technical, merchandising, production or
management information, design, process, procedure, formula, invention, or improvement."

Count 4 Internet Crimes: "Data" means a representation in any form of information, knowledge,
facts, concepts, or instructions, including program documentation, which is prepared or has been
prepared in a formalized manner and is stored or processed in or transmitted by a computer or in
a system or network. Data is considered property and may be in any form, including, but not
limited to, printouts, magnetic or optical storage media, punch cards, or data stored internally in
the memory of the computer.

Count 5 Billing Schemes and Embezzlement : "Financial institution" means any bank, savings
and loan association, credit union, or other depository of money or medium of savings and
collective investment.

Count 6 Altered Credit Card
 20 ILCS 5/17-0.5)

FILED DATE: 4/23/2021 12:11 PM   2021L004215

Sec. 17-0.5. Definitions. In this Article:

"Altered credit card or debit card" means any instrument or device, whether known as a credit card or debit card, which has been changed in any respect by addition or deletion of any material fact , except for the signature by the person to whom the card is issued.

Count 7: 18 U.S.C. § 1349, Conspiracy to commit Fraud

Count 8 Unsound Banking Practices
18 U.S.C. § 1344

Wherefore, the Plaintiff Doris V Walker represents that the statements contained in this complaint are true and that the documents related to the financial account of the defendants client Doris V Walker is a printout requested by the Plaintiff for the verification of purchases made through a third party Lien-hub Express. The Plaintiff requests that all Illinois penalties and fines for financial crimes committed be imposed. The Plaintiff prays for relief in the amount of 10,000,000.00 in damages for the acts committed by the Defendant upon their client. The Plaintiff requests compensatory damages and all other eligible damages under the color of law. Additionally, the Plaintiff seeks damages for lost wages and future earnings related to her account.

Doris V Walker
/Doris V Walker/
P O Box 43
Ingleside Illinois 60041
masonwalkerkid56@gmail.com

**Proof of Service**

This communication will be mailed on April 25, 2021 to the corporate offices of Bank of America.

Bank of America Corporate Center, 100 North Tryon Street, Charlotte, NC 28255.
And
231 SOUTH LASALLE STREET Bank of America Legal Department

FILED DATE: 4/23/2021 12:11 PM  2021L004215

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

FILED
4/23/2021 2:07 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

13063858

FILED DATE: 4/23/2021 2:07 AM  2021L004215

**IMPORTANT:** The *Summons* form is currently being revised. **If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent.** Ignore the directions on the *Summons* to fill out an *Additional Plaintiff/Petitioner Contact Information* form or *Additional Defendant/Respondent Contact Information* form.

Please check back on this site when the new *Summons* is available.

SU-S 1503.1

(09/18)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

FILED DATE: 4/23/2021 2:07 AM   2021L004215

| STATE OF ILLINOIS, CIRCUIT COURT | **SUMMONS** | *For Court Use Only* |
|---|---|---|
| Cook ▼ COUNTY | | |

**FILED**
4/23/2021 2:07 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

**2021L004215**

**Case Number**

| **Instructions ▼** | |
|---|---|
| Enter above the county name where the case was filed. | Doris V Walker |
| | **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. |
| Enter the Case Number given by the Circuit Clerk. | Bank of America Third Party Lien Hub |
| | **Defendant / Respondent** *(First, middle, last name)* |

1. **Information about the lawsuit:**
   Amount claimed:  $ 10,000,000.00

In **1**, if your lawsuit is for money, enter the amount of money you seek from the Defendant/ Respondent.

2. **Contact information for the Plaintiff/Petitioner:**
   Name *(First, Middle, Last):* Doris V Walker
   Street Address, Apt #:  P O Box 43 Ingleside Illinois
   City, State, ZIP:
   Telephone:  (601) 357-1313
   See attached for additional Plaintiff/Petitioner contact information

In **2**, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form.

3. **Contact information for the Defendant/Respondent:**
   Name *(First, Middle, Last):* Bank of America
   Street Address, Apt #:  co legal department
   City, State, ZIP:  Bank of America Corporate Center, 100 North Tryon Street, Charlotte, NC
   Telephone:
   See attached for additional Defendant/Respondent contact information

In **3**, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form.

**Important Information for the person receiving this form:**

You have been sued.
Follow the instructions on the next page on how to appear/answer.
- If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking.
- Your written appearance/answer must be filed on time and in the proper form.
- Forms for a written appearance/answer are available here: http://www.illinoiscourts.gov/forms/approved/default.asp
If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees.*
You should read all of the documents attached.

SU-S 1503.1                              Page 1 of 4                              (09/18)

Enter the Case Number given by the Circuit Clerk: _____

FILED DATE: 4/23/2021 2:07 AM  2021L004215

<table>
<tr><td>In 4, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/Respondent must file their response.</td></tr>
</table>

**4.** **Instructions for person receiving this form (Defendant/Respondent):**

To respond to this *Summons* you must:

☑ Go to court:

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____ Court Room: _____

City, State, ZIP: _____

☐ File a written *Appearance* and *Answer/Response* with the court:

On or before this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

☐ File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

<table>
<tr><td>**STOP!**<br>The Circuit Clerk will fill in this section.</td></tr>
</table>

**Witness this Date:** _____        *Seal of Court*

4/23/2021 2:07 AM IRIS Y. MARTINEZ

**Clerk of the Court:** _____

<table>
<tr><td>**STOP!**<br>The officer or process server will fill in the Date of Service.</td></tr>
</table>

**This *Summons* must be served within 30 days of its date, listed above.**

Date of Service: _____

*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)*

**Plaintiff/Petitioner:** To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent. If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process.

**Attention:** E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp. or talk with your local circuit clerk's office.

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

FILED DATE: 4/23/2021 2:07 AM  2021L004215

| STATE OF ILLINOIS, CIRCUIT COURT | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| Cook ☑ COUNTY | | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | Doris V Walker | |
| Enter your name as Plaintiff/Petitioner. | **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the name of the person you are suing as Defendant/Respondent. | v. | |
| Enter the Case Number given by the Circuit Clerk. | Bank of America Third Party Lien Hub | |
| | **Defendant / Respondent** *(First, middle, last name)* | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff will fill in the form.\*\***

| DO NOT complete this section. The sheriff will complete it. |
|---|

My name is _____ and I swear under oath
          *First, Middle, Last*
that I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ **as follows:**
*First, Middle, Last*

   ☐  Personally on the Defendant/Respondent:
       Male: ☐    Female: ☐   Approx. Age: _____  Hair Color: _____
       Height: _____  Weight: _____
       On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
       Address: _____
       City, State, ZIP: _____

   ☐  At the Defendant/Respondent's home:
       On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
       Address: _____
       City, State, ZIP: _____
       And left it with: _____
                  *First, Middle, Last*
       Male: ☐    Female: ☐   Approx. Age: _____
       and by sending a copy to this defendant in a postage-paid, sealed envelope to the
       above address on _____ , 20 _____ .

   ☐  On the Corporation's agent, _____
                              *First, Middle, Last*
       On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
       Address: _____
       City, State, ZIP: _____

FILED DATE: 4/23/2021 2:07 AM   2021L004215

Enter the Case Number given by the Circuit Clerk:_____

| DO NOT complete this section. The sheriff, or private process server will complete it. |
|---|

**By:**

_____
*Signature*


_____
*Print Name*

**FEES**

By certified/registered      $ _____
Service and Return           $ _____
Miles: _____        $ _____
Total     $ _____

SU-S 1503.1                          Page 4 of 4                          (09/18)

FILED
4/26/2021 2:33 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13091678

Clerk of Circuit Court Cook County
Law Division

Doris V Walker

V

Bank of America                                    10000000 Ad Addendum

Letter

Now comes the Plaintiff Doris V Walker requesting permission to amend the 2nd Amended Complaint to add LienHub as a Co-Defendant alongside Bank of America. The reason for this request is that Lien Hub in conjunction with Bank of America has conspired to commit fraud and committed several counts of fraud in relation to their clients account of the plaintiff Doris V Walker. Several parcels have been added to the Plaintiffs purchases that she did not purchase and the actual purchases have been deleted. This information was bought to the attention of Lienhub on several occasions to no avail. Lienhub has consistently lied about the status of the Plaintiffs account. Their company has also deleted, erased, and attempted to hide the true purchases and research work related to the Plaintiffs account and Lienhub should be prosecuted for their part that they played in this scheme. After careful examination of the Plaintiffs purchases the court will see that no easements less than a certain size, drainage, or other parcels classified as such were not purchased by the Plaintiff, however they are now in her portfolio replacing her true purchases and transactions, after Lienhub's tampering with the account of the Plaintiff.

Sincerely,
Doris V Walker
/Doris V Walker/
6013571313
walkerbonnie47@gmail.com
PO Box 43
Ingleside Illinois 60041

4/27/2021                                  Your message to the Department of Justice I Department of Justice



An official website of the United States government
Here's how you know

2021L004215

FILED
4/27/2021 4:34 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

13112828

THE UNITED STATES
DEPARTMENT of JUSTICE
UR MESSAGE TO THE DEPARTMENT OF JUSTICE

Thank you, your submission has been received.

<u>Go back to the form</u>

FILED DATE: 4/27/2021 4:34 PM   2021L004215

4/27/2021                                                           Complaint Submitted

Due to the nationwide impacts of the coronavirus (COVID-19), it may take us longer than usual to answer your call.

We are still processing complaints and you can check the status of an existing complaint online.

**FILED**
**4/27/2021 5:01 PM**
**IRIS Y. MARTINEZ**
**CIRCUIT CLERK**
**COOK COUNTY, IL**
**2021L004215**

**cfpb** Consumer Financial
Protection Bureau    (https://www.consumerfinance.gov/)

13112879

Submit a complaint / Complaint submitted

FILED DATE: 4/27/2021 5:01 PM    2021L004215

# You have successfully submitted your complaint!

A message has been sent to you with instructions on how to track your complaint.

---

**ID FOR COMPLAINT SENT TO BANK OF AMERICA**
**210427-6482672**

Print a copy of this complaint (complaint-print?
sessionid=f127c50710916b0e03d839528d8ecc5ae8c7121b8cae0e91c5e851ee729cb5f8fed3657c222b337e2b947823f1a4ea06b160bf570a7f04ff8

---

## What happens next

You should receive a response within 15 days of submitting your complaint. In some cases, the company will need more time to respond. Once you receive a response, you'll be asked to provide feedback on the company's response.

## Checking the status of your complaint

You can log in to your consumer portal account at any time to see the status of the complaint and the company response. If you did not provide an email address as part of your complaint submission, you can contact us at (855) 411-2372 to check on the status of the complaint.

### Submitted this complaint on behalf of someone else?

Only the primary person on the complaint will be able to log in to their account to see the status of their complaint or provide feedback on the company's response. If you submitted this complaint on behalf of someone else or were named in the complaint as an additional person, you will need to call us at (855) 411-2372 to ask questions or receive status updates.

### Already activated your account?

Visit the complaint portal (https://portal.consumerfinance.gov/consumer) to check the status.

### Don't have an account?

You should receive an email with instructions on how to complete the setup of your account. If you do not receive this email, please contact our helpdesk at (855) 411-2372.

Once the account setup is complete, you can log in to your account (https://portal.consumerfinance.gov/consumer) at any time to see the status of the complaint and the company response.

---

## Read other people's experiences in their own words

4/27/2021                                              Complaint Submitted

FILED DATE: 4/27/2021 5:01 PM   2021L004215

We publish complaint data (without any personal or identifiable information) in our Consumer Complaint Database. This helps consumers learn from other people's experiences and see how companies have responded to past complaints.

Visit the Consumer Complaint Database (http://www.consumerfinance.gov/data-research/consumer-complaints/)

## Get answers to financial questions

Explore our online tool to find clear, unbiased answers to all kinds of financial questions, including information about mortgages, student loans, credit cards, payday loans, and more.

Find answers to common financial questions (http://www.consumerfinance.gov/askcfpb/)

## About us

The CFPB is an independent federal agency built to protect consumers. We write and enforce rules that keep banks and other financial companies operating fairly. We also educate and empower consumers, helping them make more informed choices to achieve their financial goals.

**HAVE A QUESTION? ¿PREGUNTAS?**

(855) 411-2372

**LOG INTO YOUR ACCOUNT**

Want to check the status of a complaint you already submitted?

Username

Password

Forgot password? (login/ForgotPassword)

Log in

Privacy Act Statement

OMB #3170-0011

Note on user experience

An official website of the United States Government

Have a question? ¿Preguntas?

(855) 411-2372

FILED DATE: 4/27/2021 1:57 PM   2021L004215

FILED
4/27/2021 1:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

13107430

Clerk of Circuit Court Cook County
Law Division

Doris V Walker`````````````````````````````````````````````````````````````

V

Case Number 2021L004215

Bank of America

10000000 Ad Addendum

Notice of Motion to Add Co Defendants

On _____ May _____ at_____ In
courtroom_____
A motion shall be heard before the honorable _____ to
hear this motion to add Co Defendants`

Sincerely,
Doris V Walker
/Doris V Walker/
6013571313
walkerbonnie47@gmail.com
PO Box 43
Ingleside Illinois 60041

Clerk of the Court Cook County

FILED
4/27/2021 1:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

13107430

Doris V Walker

V

Bank of America                                    Case Number

V

Lienhub a third party
V

United States

V

Apple Developers Inc

### Motion to Add defendant

Now comes the Plaintiff Doris V Walker on motion requesting that Lien-hub, the United States, and Apple Developers, be added to the complaint. There are several missing documents and involvement on the behalf of both of the listed entities. The Plaintiff request that they both be added to the complaint on file due to their involvement meaning deleting files, tampering with computer equipment, eavesdropping, selling the contents of the Plaintiffs Portfolio.

Doris V Walker
/Doris V Walker/
604 Rollins Road 43
Ingleside Illinois 60041
6013571313
Walkerbonnie47@gmail.com

FILED DATE: 4/27/2021 1:57 PM   2021L004215

FILED DATE: 5/24/2021 6:20 AM   2021L004215

| Timestamp | ount Nu | Tax Year | ert Numt | pplication | Message | Favorite |
|---|---|---|---|---|---|---|
| 4/5/2021 | 271S2800 | 2019 | 2005117 | | Certificate | |
| 4/5/2021 | 251S2800 | 2016 | 1705508 | | Certificate | |
| 4/5/2021 | 231S2800 | 2019 | 2005110 | | Certificate | |
| 4/4/2021 | 271S2800 | 2019 | 2005117 | | Certificate | |
| 4/4/2021 | 231S2800 | 2019 | 2005110 | | Certificate | |
| 4/4/2021 | 251S2800 | 2016 | 1705508 | | Certificate | |
| 3/31/2021 | 345N2800 | 2019 | 2002404 | | Certificate | No |
| 3/30/2021 | 345N2800 | 2019 | 2002404 | | Certificate | No |
| 3/29/2021 | 275N2900 | 2013 | 5947 | | Certificate | |
| 3/29/2021 | 222N2600 | 2013 | 5708 | | Certificate | |
| 3/29/2021 | 201N2800 | 2014 | 1591 | | Certificate | |
| 3/28/2021 | 201N2800 | 2014 | 1591 | | Certificate | |
| 3/28/2021 | 275N2900 | 2013 | 5947 | | Certificate | |
| 3/28/2021 | 222N2600 | 2013 | 5708 | | Certificate | |
| 3/28/2021 | 342N2600 | 2019 | 2004672 | | Certificate | |
| 3/28/2021 | 231N2912 | 2016 | 1705267 | | Certificate | |
| 3/28/2021 | 132N2600 | 2019 | 2004635 | | Certificate | |
| 3/28/2021 | 033N2600 | 2019 | 2004684 | | Certificate | |
| 3/28/2021 | 072N2900 | 2019 | 2004858 | | Certificate | |
| 3/28/2021 | 033N2600 | 2019 | 2004684 | | Certificate | |
| 3/28/2021 | 072N2900 | 2019 | 2004858 | | Certificate | |
| 3/28/2021 | 342N2600 | 2019 | 2004672 | | Certificate | |
| 3/28/2021 | 132N2600 | 2019 | 2004635 | | Certificate | |
| 3/28/2021 | 231N2912 | 2016 | 1705267 | | Certificate | |
| 3/26/2021 | 342N2900 | 2019 | 2004865 | | Certificate | |
| 3/26/2021 | 344N2600 | 2016 | 1705144 | | Certificate | |
| 3/26/2021 | 344N2600 | 2019 | 2004710 | | Certificate | |
| 3/26/2021 | 274N3000 | 2016 | 1705439 | | Certificate | |
| 3/26/2021 | 274N3000 | 2019 | 2005044 | | Certificate | |
| 3/26/2021 | 271N2800 | 2016 | 1705195 | | Certificate | |
| 3/26/2021 | 265N3000 | 2016 | 1705441 | | Certificate | |
| 3/26/2021 | 132N2600 | 2014 | 51 | | Certificate | |
| 3/26/2021 | 121N2700 | 2016 | 1705147 | | Certificate | |
| 3/26/2021 | 021N2700 | 2016 | 1705145 | | Certificate | |
| 3/26/2021 | 032S2800 | 2016 | 1705524 | | Certificate | |
| 3/25/2021 | 342N2900 | 2019 | 2004865 | | Certificate | |
| 3/25/2021 | 121N2700 | 2016 | 1705147 | | Certificate | |
| 3/25/2021 | 344N2600 | 2016 | 1705144 | | Certificate | |
| 3/25/2021 | 032S2800 | 2016 | 1705524 | | Certificate | |
| 3/25/2021 | 021N2700 | 2016 | 1705145 | | Certificate | |
| 3/25/2021 | 265N3000 | 2016 | 1705441 | | Certificate | |
| 3/25/2021 | 344N2600 | 2019 | 2004710 | | Certificate | |
| 3/25/2021 | 132N2600 | 2014 | 51 | | Certificate | |
| 3/25/2021 | 271N2800 | 2016 | 1705195 | | Certificate | |
| 3/25/2021 | 274N3000 | 2019 | 2005044 | | Certificate | |
| 3/25/2021 | 274N3000 | 2016 | 1705439 | | Certificate | |
| 2/5/2021 | 405N2900 | 2016 | 1705404 | | Certificate | |
| 2/5/2021 | 405N2900 | 2016 | 1705393 | | Certificate | |
| 2/5/2021 | 405N2900 | 2016 | 1705394 | | Certificate | |
| 2/5/2021 | 325N2900 | 2016 | 1705375 | | Certificate | |
| 2/5/2021 | 202S2600 | 2016 | 1705455 | | Certificate | |
| 2/5/2021 | 405N2900 | 2016 | 1705395 | | Certificate | |
| 2/5/2021 | 271N2800 | 2016 | 1705195 | | Certificate | |
| 2/5/2021 | 133N2900 | 2019 | 2004867 | | Certificate | |
| 2/4/2021 | 133N2900 | 2019 | 2004867 | | Certificate | |
| 2/4/2021 | 202S2600 | 2016 | 1705455 | | Certificate | |
| 2/4/2021 | 405N2900 | 2016 | 1705404 | | Certificate | |
| 2/4/2021 | 405N2900 | 2016 | 1705395 | | Certificate | |

FILED
5/24/2021 6:20 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

FILED DATE: 5/24/2021 6:20 AM    2021L004215

| Timestamp | Account Number | Tax Year | Cert Number | Application | Message | Favorite |
|---|---|---|---|---|---|---|
| 4/5/2021 | 271S2800 | 2019 | 2005117 | | Certificate | |
| 4/5/2021 | 251S2800 | 2016 | 1705508 | | Certificate | |
| 4/5/2021 | 231S2800 | 2019 | 2005110 | | Certificate | |
| 4/4/2021 | 271S2800 | 2019 | 2005117 | | Certificate | |
| 4/4/2021 | 231S2800 | 2019 | 2005110 | | Certificate | |
| 4/4/2021 | 251S2800 | 2016 | 1705508 | | Certificate | |
| 3/31/2021 | 345N2800 | 2019 | 2002404 | | Certificate | No |
| 3/30/2021 | 345N2800 | 2019 | 2002404 | | Certificate | No |
| 3/29/2021 | 275N2900 | 2013 | 5947 | | Certificate | |
| 3/29/2021 | 222N2600 | 2013 | 5708 | | Certificate | |
| 3/29/2021 | 201N2800 | 2014 | 1591 | | Certificate | |
| 3/28/2021 | 201N2800 | 2014 | 1591 | | Certificate | |
| 3/28/2021 | 275N2900 | 2013 | 5947 | | Certificate | |
| 3/28/2021 | 222N2600 | 2013 | 5708 | | Certificate | |
| 3/28/2021 | 342N2600 | 2019 | 2004672 | | Certificate | |
| 3/28/2021 | 231N2912 | 2016 | 1705267 | | Certificate | |
| 3/28/2021 | 132N2600 | 2019 | 2004635 | | Certificate | |
| 3/28/2021 | 033N2600 | 2019 | 2004684 | | Certificate | |
| 3/28/2021 | 072N2900 | 2019 | 2004858 | | Certificate | |
| 3/28/2021 | 033N2600 | 2019 | 2004684 | | Certificate | |
| 3/28/2021 | 072N2900 | 2019 | 2004858 | | Certificate | |
| 3/28/2021 | 342N2600 | 2019 | 2004672 | | Certificate | |
| 3/28/2021 | 132N2600 | 2019 | 2004635 | | Certificate | |
| 3/28/2021 | 231N2912 | 2016 | 1705267 | | Certificate | |
| 3/26/2021 | 342N2900 | 2019 | 2004865 | | Certificate | |
| 3/26/2021 | 344N2600 | 2016 | 1705144 | | Certificate | |
| 3/26/2021 | 344N2600 | 2019 | 2004710 | | Certificate | |
| 3/26/2021 | 274N3000 | 2016 | 1705439 | | Certificate | |
| 3/26/2021 | 274N3000 | 2019 | 2005044 | | Certificate | |
| 3/26/2021 | 271N2800 | 2016 | 1705195 | | Certificate | |
| 3/26/2021 | 265N3000 | 2016 | 1705441 | | Certificate | |
| 3/26/2021 | 132N2600 | 2014 | 51 | | Certificate | |
| 3/26/2021 | 121N2700 | 2016 | 1705147 | | Certificate | |
| 3/26/2021 | 021N2700 | 2016 | 1705145 | | Certificate | |
| 3/26/2021 | 032S2800 | 2016 | 1705524 | | Certificate | |
| 3/25/2021 | 342N2900 | 2019 | 2004865 | | Certificate | |
| 3/25/2021 | 121N2700 | 2016 | 1705147 | | Certificate | |
| 3/25/2021 | 344N2600 | 2016 | 1705144 | | Certificate | |
| 3/25/2021 | 032S2800 | 2016 | 1705524 | | Certificate | |
| 3/25/2021 | 021N2700 | 2016 | 1705145 | | Certificate | |
| 3/25/2021 | 265N3000 | 2016 | 1705441 | | Certificate | |
| 3/25/2021 | 344N2600 | 2019 | 2004710 | | Certificate | |
| 3/25/2021 | 132N2600 | 2014 | 51 | | Certificate | |
| 3/25/2021 | 271N2800 | 2016 | 1705195 | | Certificate | |
| 3/25/2021 | 274N3000 | 2019 | 2005044 | | Certificate | |
| 3/25/2021 | 274N3000 | 2016 | 1705439 | | Certificate | |
| 2/5/2021 | 405N2900 | 2016 | 1705404 | | Certificate | |
| 2/5/2021 | 405N2900 | 2016 | 1705393 | | Certificate | |
| 2/5/2021 | 405N2900 | 2016 | 1705394 | | Certificate | |
| 2/5/2021 | 325N2900 | 2016 | 1705375 | | Certificate | |
| 2/5/2021 | 202S2600 | 2016 | 1705455 | | Certificate | |
| 2/5/2021 | 405N2900 | 2016 | 1705395 | | Certificate | |
| 2/5/2021 | 271N2800 | 2016 | 1705195 | | Certificate | |
| 2/5/2021 | 133N2900 | 2019 | 2004867 | | Certificate | |
| 2/4/2021 | 133N2900 | 2019 | 2004867 | | Certificate | |
| 2/4/2021 | 202S2600 | 2016 | 1705455 | | Certificate | |
| 2/4/2021 | 405N2900 | 2016 | 1705404 | | Certificate | |
| 2/4/2021 | 405N2900 | 2016 | 1705395 | | Certificate | |

FILED
5/24/2021 6:20 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

3/28/2021                                    Santa Rosa County - My Updates

# My Updates

My Portfolio (https://lienhub.com/county/santarosa/portfolio/portfolio)

My Certificates (https://lienhub.com/county/santarosa/portfolio/certificates/all)

My Tax Deed Applications (https://lienhub.com/county/santarosa/portfolio/deeds/list)

Notifications (https://lienhub.com/county/santarosa/portfolio/updates/status_log)

FILED
5/24/2021 6:20 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

The Santa Rosa County Tax Collector processes certificate redemptions via ACH payments. LienHub users are now able to view, modify and enter ACH account informat
their bidders in Santa Rosa. See the section of the LienHub user guide titled Adding or Editing ACH Redemption Information (https://support.grantstreet.com/wiki/x/tw
for more details.

« Prev.  Page 1 of 3  N

| Timestamp | Account Number | Tax Year | Cert Number | Deed Application Number | Messag |
|---|---|---|---|---|---|
| 3/28/2021 8:26:40 PM | 201N280000005000000M | 2014 | 1591 (https://lienhub.com/county/santarosa/portfolio/certificates/120670/details) | | Certifica was added t your list |
| 3/28/2021 8:26:38 PM | 275N290000001000010M | 2013 | 5947 (https://lienhub.com/county/santarosa/portfolio/certificates/120669/details) | | Certifica was added t your list |
| 3/28/2021 8:26:37 PM | 222N260000001000010M | 2013 | 5708 (https://lienhub.com/county/santarosa/portfolio/certificates/120668/details) | | Certifica was added t your list |
| 3/28/2021 3:49:04 PM | 342N260000001000020M | 2019 | 2004672 (https://lienhub.com/county/santarosa/portfolio/certificates/120665/details) | | Certifica is no longer blocked |
| 3/28/2021 3:49:00 PM | 231N291210013000000M | 2016 | 1705267 (https://lienhub.com/county/santarosa/portfolio/certificates/120663/details) | | Certifica is no longer blocked |
| 3/28/2021 3:48:54 PM | 132N260000001000020M | 2019 | 2004635 (https://lienhub.com/county/santarosa/portfolio/certificates/120664/details) | | Certifica is no longer blocked |
| 3/28/2021 3:48:51 PM | 033N260000001000050M | 2019 | 2004684 (https://lienhub.com/county/santarosa/portfolio/certificates/120667/details) | | Certifica is no longer blocked |
| 3/28/2021 3:48:49 PM | 072N290000002000000M | 2019 | 2004858 (https://lienhub.com/county/santarosa/portfolio/certificates/120666/details) | | Certifica is no longer blocked |
| 3/28/2021 2:57:16 PM | 033N260000001000050M | 2019 | 2004684 (https://lienhub.com/county/santarosa/portfolio/certificates/120667/details) | | Certifica was added t your list |

« Prev.  Page 1 of 3  N

3/28/2021

Santa Rosa County - My Updates

FILED DATE: 5/24/2021 6:20 AM  2021L004215

| Timestamp | Account Number | Tax Year | Cert Number | Deed Application Number | Messag |
|---|---|---|---|---|---|
| 3/28/2021 2:57:15 PM | 072N290000002000000M | 2019 | 2004858 (https://lienhub.com/county/santarosa/portfolio/certificates/120666/details) | | Certifica was added t your list |
| 3/28/2021 2:57:14 PM | 342N260000001000020M | 2019 | 2004672 (https://lienhub.com/county/santarosa/portfolio/certificates/120665/details) | | Certifica was added t your list |
| 3/28/2021 2:57:13 PM | 132N260000001000020M | 2019 | 2004635 (https://lienhub.com/county/santarosa/portfolio/certificates/120664/details) | | Certifica was added t your list |
| 3/28/2021 2:57:12 PM | 231N291210013000000M | 2016 | 1705267 (https://lienhub.com/county/santarosa/portfolio/certificates/120663/details) | | Certifica was added t your list |
| 3/26/2021 4:01:34 AM | 342N290000002000090M | 2019 | 2004865 (https://lienhub.com/county/santarosa/portfolio/certificates/120662/details) | | Certifica is no longer blocked |
| 3/26/2021 4:01:04 AM | 344N260000001000080M | 2016 | 1705144 (https://lienhub.com/county/santarosa/portfolio/certificates/120659/details) | | Certifica is no longer blocked |
| 3/26/2021 4:01:03 AM | 344N260000001000080M | 2019 | 2004710 (https://lienhub.com/county/santarosa/portfolio/certificates/120656/details) | | Certifica is no longer blocked |
| 3/26/2021 3:58:47 AM | 274N300000003000070M | 2016 | 1705439 (https://lienhub.com/county/santarosa/portfolio/certificates/120653/details) | | Certifica is no longer blocked |
| 3/26/2021 3:58:46 AM | 274N300000003000070M | 2019 | 2005044 (https://lienhub.com/county/santarosa/portfolio/certificates/120652/details) | | Certifica is no longer blocked |
| 3/26/2021 3:52:53 AM | 271N280000003000050M | 2016 | 1705195 (https://lienhub.com/county/santarosa/portfolio/certificates/120655/details) | | Certifica is no longer blocked |
| 3/26/2021 3:52:11 AM | 265N300000005000090M | 2016 | 1705441 (https://lienhub.com/county/santarosa/portfolio/certificates/120658/details) | | Certifica is no longer blocked |
| 3/26/2021 3:36:15 AM | 132N260000001000050M | 2014 | 51 (https://lienhub.com/county/santarosa/portfolio/certificates/120654/details) | | Certifica is no longer blocked |
| 3/26/2021 3:31:42 AM | 121N270000001000000M | 2016 | 1705147 (https://lienhub.com/county/santarosa/portfolio/certificates/120661/details) | | Certifica is no longer blocked |

3/28/2021                                    Santa Rosa County - My Updates

« Prev.   Page 1 of 3   N

| Timestamp | Account Number | Tax Year | Cert Number | Deed Application Number | Messag |
|---|---|---|---|---|---|
| 3/26/2021 3:21:44 AM | 021N270000004000000M | 2016 | 1705145 (https://lienhub.com/county/santarosa/portfolio/certificates/120657/details) | | Certifica is no longer blocked |
| 3/26/2021 3:21:14 AM | 032S280000005000000M | 2016 | 1705524 (https://lienhub.com/county/santarosa/portfolio/certificates/120660/details) | | Certifica is no longer blocked |
| 3/25/2021 11:01:58 PM | 342N290000002000090M | 2019 | 2004865 (https://lienhub.com/county/santarosa/portfolio/certificates/120662/details) | | Certifica was added t your list |

« Prev.   Page 1 of 3   N

Download (https://lienhub.com/county/santarosa/portfolio/updates/status_log_table.xls?q=%7B%7D%0A)

Privacy Policy (https://lienhub.com/doc/privacy) | Disclaimer (https://lienhub.com/doc/disclaimer) | User Agreement (https://lienhub.com/doc/terms) | Contact Us (https://lienhub.com/user/contact)
Copyright © 1997 - 2021. All rights reserved.

FILED DATE: 5/24/2021 6:20 AM   2021L004215

## Pasco County Tax Collector - Certificate Search Report - Page

Filed 05/14/2021 11:42AM
5/24/2021 6:20 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

Cert Status -- Any --

| Bidder # | Cert # | Tax Yr | Account Number | Cert Buyer | | Cert Status | Purchased Date |
|---|---|---|---|---|---|---|---|
| -- 4474679 -- | | | | | | | |
| 4474679 | 1300345 | 2013 | 26-23-21-002A-00000-0182 | DORIS WALKER WALKEREALTY | BURT ALICE | Issued | 5/13/2021 |
| 4474679 | 1301574 | 2013 | 02-26-21-0000-04100-0050 | DORIS WALKER WALKEREALTY | AMERICAN NATURE TRUST INC | Issued | 5/13/2021 |
| 4474679 | 1303114 | 2013 | 27-26-20-0000-00100-0012 | DORIS WALKER WALKEREALTY | CLEARWATER BAY ASSOCIATES INC | Issued | 4/19/2021 |
| 4474679 | 1303320 | 2013 | 33-26-20-0000-00200-0000 | DORIS WALKER WALKEREALTY | MEADOW POINTE GENERAL PARTNERSHIP | Issued | 4/19/2021 |
| 4474679 | 1303321 | 2013 | 33-26-20-0000-00400-0010 | DORIS WALKER WALKEREALTY | MEADOW POINTE GENERAL PARTNERSHIP | Issued | 5/13/2021 |
| 4474679 | 1303501 | 2013 | 35-25-19-0010-00000-6150 | DORIS WALKER WALKEREALTY | SUTTER ROSEMARY | Issued | 5/13/2021 |
| 4474679 | 1303649 | 2013 | 07-26-19-0000-00600-0010 | DORIS WALKER WALKEREALTY | YAGHOUBINEJAD MEHDI & GHAEMMAGHAMI MASOUMEH | Issued | 5/13/2021 |
| 4474679 | 1303669 | 2013 | 09-26-19-0010-0210N-0070 | DORIS WALKER WALKEREALTY | MASON GENA A ESTATE OF | Issued | 5/13/2021 |
| 4474679 | 1303671 | 2013 | 09-26-19-0010-0210N-0150 | DORIS WALKER WALKEREALTY | MITCHELL RONALD J | Issued | 5/13/2021 |
| 4474679 | 1303732 | 2013 | 10-26-19-0010-0280S-0120 | DORIS WALKER WALKEREALTY | STAPE FRANK R ESTATE OF | Issued | 4/19/2021 |
| 4474679 | 1303733 | 2013 | 10-26-19-0010-0280S-0130 | DORIS WALKER WALKEREALTY | STAPE FRANK R ESTATE OF | Issued | 4/19/2021 |
| 4474679 | 1304097 | 2013 | 32-26-19-0010-00100-041A | DORIS WALKER WALKEREALTY | CONFIDENTIAL | Issued | 4/8/2021 |
| 4474679 | 1304247 | 2013 | 06-24-18-0040-00002-1741 | DORIS WALKER WALKEREALTY | STOVALL JOHN N & APRIL R | Issued | 5/13/2021 |
| 4474679 | 1305932 | 2013 | 09-25-17-0020-00800-0420 | DORIS WALKER WALKEREALTY | TRIBIRD DEVELOPMENT INC | Issued | 5/13/2021 |
| 4474679 | 1305933 | 2013 | 09-25-17-0020-00800-0470 | DORIS WALKER WALKEREALTY | TRIBIRD DEVELOPMENT INC | Issued | 5/13/2021 |
| 4474679 | 1305986 | 2013 | 09-25-17-0050-05800-0130 | DORIS WALKER WALKEREALTY | GREGORY JOYCE SHELDON | Issued | 5/13/2021 |
| 4474679 | 1306174 | 2013 | 16-25-17-0060-09000-0260 | DORIS WALKER WALKEREALTY | ECKSTROM RAY P & MARTHA I TR ECKSTROM RAY P & MARTHA I TTS | Issued | 4/19/2021 |
| 4474679 | 1306266 | 2013 | 16-25-17-0090-14000-0360 | DORIS WALKER WALKEREALTY | TRIBIRD DEVELOPMENT INC | Issued | 4/19/2021 |
| 4474679 | 1308760 | 2013 | 22-25-16-0050-00000-0080 | DORIS WALKER WALKEREALTY | PEARSON CARL | Issued | 4/19/2021 |
| 4474679 | 1309386 | 2013 | 29-25-16-0130-00000-0080 | DORIS WALKER WALKEREALTY | DESIGN DASHER INC & MCMULLEN D G JR TRUST & | Issued | 5/13/2021 |

## Pasco County Tax Collector - Certificate Search Report - Run 05/14/2021 11:42AM

| Bidder # | Cert # | Tax Yr | Account Number | Cert Buyer | Certified Roll Owner Name | Cert Status | Purchased Date |
|---|---|---|---|---|---|---|---|
| 4474679 | 1309926 | 2013 | 03-26-16-0280-00000- 1140 | DORIS WALKER WALKEREALTY | SAFRONOVA NATALIA | Issued | 5/13/2021 |
| 4474679 | 1400297 | 2014 | 26-23-21-002A-00000- 0180 | DORIS WALKER WALKEREALTY | MURRAY WILLIE M EST OF & MCCRAY CAROLYN F | Issued | 5/13/2021 |
| 4474679 | 1403060 | 2014 | 32-26-20-0060-00E00- 0010 | DORIS WALKER WALKEREALTY | IH NEW TAMPA HOMES INC | Issued | 5/13/2021 |
| 4474679 | 1403162 | 2014 | 33-26-20-0000-00400- 0010 | DORIS WALKER WALKEREALTY | MEADOW POINTE GENERAL PARTNERSHIP | Issued | 5/13/2021 |
| 4474679 | 1403517 | 2014 | 09-26-19-0010-0210N- 0070 | DORIS WALKER WALKEREALTY | MASON GENA A ESTATE OF | Issued | 4/19/2021 |
| 4474679 | 1403578 | 2014 | 10-26-19-0010-01505- 0030 | DORIS WALKER WALKEREALTY | POST A ST CLAIR | Issued | 4/19/2021 |
| 4474679 | 1403999 | 2014 | 32-26-19-0010-00100- 041A | DORIS WALKER WALKEREALTY | CONFIDENTIAL | Issued | 4/19/2021 |
| 4474679 | 1404091 | 2014 | 03-24-18-0010-00000- 0632 | DORIS WALKER WALKEREALTY | WILSON DAVID B | Issued | 5/13/2021 |
| 4474679 | 1404382 | 2014 | 19-24-18-0010-01400- 0020 | DORIS WALKER WALKEREALTY | HOGAN SAMYNA C DECEASED | Issued | 4/19/2021 |
| 4474679 | 1406808 | 2014 | 31-25-17-0150-00000- 1131 | DORIS WALKER WALKEREALTY | BOURQUE J NORMAN & JOAN W | Issued | 5/13/2021 |
| 4474679 | 1409519 | 2014 | 29-25-16-0130-00000- 00A0 | DORIS WALKER WALKEREALTY | DESIGN DASHER INC & MCMULLEN D G JR TRUST & | Issued | 5/13/2021 |
| 4474679 | 1411077 | 2014 | 18-26-16-0110-00000- 0831 | DORIS WALKER WALKEREALTY | PESTKA HENRY D JR EST OF & STOKEN MARLENE J | Issued | 4/19/2021 |
| 4474679 | 1411492 | 2014 | 22-26-16-004D-00000- 5711 | DORIS WALKER WALKEREALTY | REITE ROY E | Issued | 4/19/2021 |
| 4474679 | 1412071 | 2014 | 32-26-16-0170-00000- 0171 | DORIS WALKER WALKEREALTY | PETERKA RICHARD JR | Issued | 4/19/2021 |
| 4474679 | 1412472 | 2014 | 36-26-15-0010-03600- 0000 | DORIS WALKER WALKEREALTY | BELSITO SAM | Issued | 5/13/2021 |

2

FILED
5/24/2021 6:20 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

**Clerk of the Court Cook County**

Doris V Walker

V

Bank of America                                          CASE 2021L004215

**Letter**

This letter is to inform the court that this case also involves Counties in another State and purchases from individual counties. After the Plaintiff made purchases, legal descriptions have been changed on government documents such as the legal description or rights assigned to a particular land parcel; this action can only be executed at the County level. Entire entries have been deleted. Additional parties need to be added to this complaint to assess the full damage of the fraud involved in this case. LienHub should be added to this complaint for the purpose of verifying purchases and accurate record keeping. Bank of America continues to hide records and lie vehemently about the deletion of records, amounts that were paid, and inaccurate record keeping that does not accurately reflect the Plaintiffs portfolio that were made to LienHub through their payment system.

Doris V Walker
/Doris V Walker/
604 Rollins Road 43
Ingleside Illinois 60041
6013571313
Walkerbonnie47@gmail.com

FILED DATE: 5/24/2021 6:20 AM  2021L004215

**Clerk of the Court Cook County**

FILED
5/24/2021 6:20 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

Doris V Walker

V

Bank of America                                    CASE 2021L004215

**Notice of Motion to Add defendant to Complaint**

**To:** Bank of America Corporate Center
100 North Tryon Street
Charlotte, NC 28255

On__Monday May 31st_____at___11:30_____In
Courtroom_____2005_____. This motion will be heard before the
honorable_____Judge Flannery please see any instructions for this
hearing_____.
Zoom Information for Defendants.

Doris V Walker
/Doris V Walker/
604 Rollins Road 43
Ingleside Illinois 60041
6013571313
Walkerbonnie47@gmail.com

Clerk of the Court Cook County

FILED
5/24/2021 6:20 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215

FILED DATE: 5/24/2021 6:20 AM  2021L004215

Doris V Walker

V

Case Number

Bank of America

### Motion to Add defendant

Now comes the Plaintiff Doris V Walker on motion requesting that Lien-hub, the United States, and Apple Developers, be added to the complaint. There are several missing documents and involvement on the behalf of both of the listed entities. The Plaintiff request that they both be added to the complaint on file due to their involvement meaning deleting files, tampering with computer equipment, eavesdropping, selling the contents of the Plaintiffs Portfolio.

Doris V Walker
/Doris V Walker/
604 Rollins Road 43
Ingleside Illinois 60041
6013571313
Walkerbonnie47@gmail.com

3/28/2021                          Santa Rosa County - Payment Receipt

# Payment Receipt

FILED
6/3/2021 6:33 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13562842

Santa Rosa County processes redemptions via ACH and requires that your bidder number account information on file in LienHub to purchase county-held certificates.

🛈 Your payment was submitted successfully.

Thank you for submitting this payment. You can access a record of this transaction at any time from the My Payments (https://lienhub.com/county/santarosa/countyheld/user/account/payments) page.

## Confirmation #95527992160

| | | |
|---|---|---|
| User ID: | DOCOLLIER88 | |
| Certificates Purchased: | 5708 (2014) | $61.46 |
| | 5947 (2014) | $153.52 |
| | 1591 (2015) | $120.54 |
| Amount: | $335.52 | |
| Payment Method: | ELECTRONIC_DEBIT | |
| Submitted: | 3/28/2021 8:26 PM CDT | |

## This payment is currently PENDING.
We expect it to clear on 4/6/2021.

3/28/2021                                     Santa Rosa County - My Updates

# My Updates

My Portfolio (https://lienhub.com/county/santarosa/portfolio/portfolio)

My Certificates (https://lienhub.com/county/santarosa/portfolio/certificates/all)

My Tax Deed Applications (https://lienhub.com/county/santarosa/portfolio/deeds/list)

Notifications (https://lienhub.com/county/santarosa/portfolio/updates/status_log)

FILED
6/3/2021 6:33 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13562842

The Santa Rosa County Tax Collector processes certificate redemptions via ACH payments. LienHub users are now able to view, modify and enter ACH account information their bidders in Santa Rosa. See the section of the LienHub user guide titled Adding or Editing ACH Redemption Information (https://support.grantstreet.com/wiki/x/tw for more details.

« Prev.  Page 1 of 3  N

| Timestamp | Account Number | Tax Year | Cert Number | Deed Application Number | Messag |
|---|---|---|---|---|---|
| 3/28/2021 8:26:40 PM | 201N280000005000000M | 2014 | 1591 (https://lienhub.com/county/santarosa/portfolio/certificates/120670/details) | | Certifica was added t your list |
| 3/28/2021 8:26:38 PM | 275N290000001000010M | 2013 | 5947 (https://lienhub.com/county/santarosa/portfolio/certificates/120669/details) | | Certifica was added t your list |
| 3/28/2021 8:26:37 PM | 222N260000001000010M | 2013 | 5708 (https://lienhub.com/county/santarosa/portfolio/certificates/120668/details) | | Certifica was added t your list |
| 3/28/2021 3:49:04 PM | 342N260000001000020M | 2019 | 2004672 (https://lienhub.com/county/santarosa/portfolio/certificates/120665/details) | | Certifica is no longer blocked |
| 3/28/2021 3:49:00 PM | 231N291210013000000M | 2016 | 1705267 (https://lienhub.com/county/santarosa/portfolio/certificates/120663/details) | | Certifica is no longer blocked |
| 3/28/2021 3:48:54 PM | 132N260000001000020M | 2019 | 2004635 (https://lienhub.com/county/santarosa/portfolio/certificates/120664/details) | | Certifica is no longer blocked |
| 3/28/2021 3:48:51 PM | 033N260000001000050M | 2019 | 2004684 (https://lienhub.com/county/santarosa/portfolio/certificates/120667/details) | | Certifica is no longer blocked |
| 3/28/2021 3:48:49 PM | 072N290000002000000M | 2019 | 2004858 (https://lienhub.com/county/santarosa/portfolio/certificates/120666/details) | | Certifica is no longer blocked |
| 3/28/2021 2:57:16 PM | 033N260000001000050M | 2019 | 2004684 (https://lienhub.com/county/santarosa/portfolio/certificates/120667/details) | | Certifica was added t your list |

« Prev.  Page 1 of 3  N

FILED DATE: 6/3/2021 6:33 PM   2021L004215

3/28/2021

Santa Rosa County - My Updates

FILED DATE: 6/3/2021 6:33 PM  2021L004215

| Timestamp | Account Number | Tax Year | Cert Number | Deed Application Number | Messag |
|-----------|----------------|----------|-------------|-------------------------|--------|
| 3/28/2021 2:57:15 PM | 072N290000002000000M | 2019 | 2004858 (https://lienhub.com/county/santarosa/portfolio/certificates/120666/details) | | Certifica was added t your list |
| 3/28/2021 2:57:14 PM | 342N260000001000020M | 2019 | 2004672 (https://lienhub.com/county/santarosa/portfolio/certificates/120665/details) | | Certifica was added t your list |
| 3/28/2021 2:57:13 PM | 132N260000001000020M | 2019 | 2004635 (https://lienhub.com/county/santarosa/portfolio/certificates/120664/details) | | Certifica was added t your list |
| 3/28/2021 2:57:12 PM | 231N291210013000000M | 2016 | 1705267 (https://lienhub.com/county/santarosa/portfolio/certificates/120663/details) | | Certifica was added t your list |
| 3/26/2021 4:01:34 AM | 342N290000002000090M | 2019 | 2004865 (https://lienhub.com/county/santarosa/portfolio/certificates/120662/details) | | Certifica is no longer blocked |
| 3/26/2021 4:01:04 AM | 344N260000001000080M | 2016 | 1705144 (https://lienhub.com/county/santarosa/portfolio/certificates/120659/details) | | Certifica is no longer blocked |
| 3/26/2021 4:01:03 AM | 344N260000001000080M | 2019 | 2004710 (https://lienhub.com/county/santarosa/portfolio/certificates/120656/details) | | Certifica is no longer blocked |
| 3/26/2021 3:58:47 AM | 274N300000003000070M | 2016 | 1705439 (https://lienhub.com/county/santarosa/portfolio/certificates/120653/details) | | Certifica is no longer blocked |
| 3/26/2021 3:58:46 AM | 274N300000003000070M | 2019 | 2005044 (https://lienhub.com/county/santarosa/portfolio/certificates/120652/details) | | Certifica is no longer blocked |
| 3/26/2021 3:52:53 AM | 271N280000003000050M | 2016 | 1705195 (https://lienhub.com/county/santarosa/portfolio/certificates/120655/details) | | Certifica is no longer blocked |
| 3/26/2021 3:52:11 AM | 265N300000005000090M | 2016 | 1705441 (https://lienhub.com/county/santarosa/portfolio/certificates/120658/details) | | Certifica is no longer blocked |
| 3/26/2021 3:36:15 AM | 132N260000001000050M | 2014 | 51 (https://lienhub.com/county/santarosa/portfolio/certificates/120654/details) | | Certifica is no longer blocked |
| 3/26/2021 3:31:42 AM | 121N270000001000000M | 2016 | 1705147 (https://lienhub.com/county/santarosa/portfolio/certificates/120661/details) | | Certifica is no longer blocked |

3/28/2021

Santa Rosa County - My Updates

FILED DATE: 6/3/2021 6:33 PM   2021L004215

« Prev.  Page 1 of 3  N

| Timestamp | Account Number | Tax Year | Cert Number | Deed Application Number | Messag |
|---|---|---|---|---|---|
| 3/26/2021 3:21:44 AM | 021N270000004000000M | 2016 | 1705145 (https://lienhub.com/county/santarosa/portfolio/certificates/120657/details) | | Certifica is no longer blocked |
| 3/26/2021 3:21:14 AM | 032S280000005000000M | 2016 | 1705524 (https://lienhub.com/county/santarosa/portfolio/certificates/120660/details) | | Certifica is no longer blocked |
| 3/25/2021 11:01:58 PM | 342N290000002000090M | 2019 | 2004865 (https://lienhub.com/county/santarosa/portfolio/certificates/120662/details) | | Certifica was added t your list |

« Prev.  Page 1 of 3  N

Download (https://lienhub.com/county/santarosa/portfolio/updates/status_log_table.xls?q=%7B%7D%0A)

Privacy Policy (https://lienhub.com/doc/privacy) | Disclaimer (https://lienhub.com/doc/disclaimer) | User Agreement (https://lienhub.com/doc/terms) | Contact Us (https://lienhub.com/user/contact)
Copyright © 1997 - 2021. All rights reserved.

FILED DATE: 6/3/2021 6:33 PM   2021L004215

FILED
6/3/2021 6:33 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13562842

FILED DATE: 6/3/2021 6:33 PM   2021L004215

| Timestamp | Account Num | Tax Year | Cert Num | Application | Message | Favorite |
|---|---|---|---|---|---|---|
| 4/5/2021 | 271S2800 | 2019 | 2005117 | | Certificate | |
| 4/5/2021 | 251S2800 | 2016 | 1705508 | | Certificate | |
| 4/5/2021 | 231S2800 | 2019 | 2005110 | | Certificate | |
| 4/4/2021 | 271S2800 | 2019 | 2005117 | | Certificate | |
| 4/4/2021 | 231S2800 | 2019 | 2005110 | | Certificate | |
| 4/4/2021 | 251S2800 | 2016 | 1705508 | | Certificate | |
| 3/31/2021 | 345N2800 | 2019 | 2002404 | | Certificate | No |
| 3/30/2021 | 345N2800 | 2019 | 2002404 | | Certificate | No |
| 3/29/2021 | 275N2900 | 2013 | 5947 | | Certificate | |
| 3/29/2021 | 222N2600 | 2013 | 5708 | | Certificate | |
| 3/29/2021 | 201N2800 | 2014 | 1591 | | Certificate | |
| 3/28/2021 | 201N2800 | 2014 | 1591 | | Certificate | |
| 3/28/2021 | 275N2900 | 2013 | 5947 | | Certificate | |
| 3/28/2021 | 222N2600 | 2013 | 5708 | | Certificate | |
| 3/28/2021 | 342N2600 | 2019 | 2004672 | | Certificate | |
| 3/28/2021 | 231N2912 | 2016 | 1705267 | | Certificate | |
| 3/28/2021 | 132N2600 | 2019 | 2004635 | | Certificate | |
| 3/28/2021 | 033N2600 | 2019 | 2004684 | | Certificate | |
| 3/28/2021 | 072N2900 | 2019 | 2004858 | | Certificate | |
| 3/28/2021 | 033N2600 | 2019 | 2004684 | | Certificate | |
| 3/28/2021 | 072N2900 | 2019 | 2004858 | | Certificate | |
| 3/28/2021 | 342N2600 | 2019 | 2004672 | | Certificate | |
| 3/28/2021 | 132N2600 | 2019 | 2004635 | | Certificate | |
| 3/28/2021 | 231N2912 | 2016 | 1705267 | | Certificate | |
| 3/26/2021 | 342N2900 | 2019 | 2004865 | | Certificate | |
| 3/26/2021 | 344N2600 | 2016 | 1705144 | | Certificate | |
| 3/26/2021 | 344N2600 | 2019 | 2004710 | | Certificate | |
| 3/26/2021 | 274N3000 | 2016 | 1705439 | | Certificate | |
| 3/26/2021 | 274N3000 | 2019 | 2005044 | | Certificate | |
| 3/26/2021 | 271N2800 | 2016 | 1705195 | | Certificate | |
| 3/26/2021 | 265N3000 | 2016 | 1705441 | | Certificate | |
| 3/26/2021 | 132N2600 | 2014 | 51 | | Certificate | |
| 3/26/2021 | 121N2700 | 2016 | 1705147 | | Certificate | |
| 3/26/2021 | 021N2700 | 2016 | 1705145 | | Certificate | |
| 3/26/2021 | 032S2800 | 2016 | 1705524 | | Certificate | |
| 3/25/2021 | 342N2900 | 2019 | 2004865 | | Certificate | |
| 3/25/2021 | 121N2700 | 2016 | 1705147 | | Certificate | |
| 3/25/2021 | 344N2600 | 2016 | 1705144 | | Certificate | |
| 3/25/2021 | 032S2800 | 2016 | 1705524 | | Certificate | |
| 3/25/2021 | 021N2700 | 2016 | 1705145 | | Certificate | |
| 3/25/2021 | 265N3000 | 2016 | 1705441 | | Certificate | |
| 3/25/2021 | 344N2600 | 2019 | 2004710 | | Certificate | |
| 3/25/2021 | 132N2600 | 2014 | 51 | | Certificate | |
| 3/25/2021 | 271N2800 | 2016 | 1705195 | | Certificate | |
| 3/25/2021 | 274N3000 | 2019 | 2005044 | | Certificate | |
| 3/25/2021 | 274N3000 | 2016 | 1705439 | | Certificate | |
| 2/5/2021 | 405N2900 | 2016 | 1705404 | | Certificate | |
| 2/5/2021 | 405N2900 | 2016 | 1705393 | | Certificate | |
| 2/5/2021 | 405N2900 | 2016 | 1705394 | | Certificate | |
| 2/5/2021 | 325N2900 | 2016 | 1705375 | | Certificate | |
| 2/5/2021 | 202S2600 | 2016 | 1705455 | | Certificate | |
| 2/5/2021 | 405N2900 | 2016 | 1705395 | | Certificate | |
| 2/5/2021 | 271N2800 | 2016 | 1705195 | | Certificate | |
| 2/5/2021 | 133N2900 | 2019 | 2004867 | | Certificate | |
| 2/4/2021 | 133N2900 | 2019 | 2004867 | | Certificate | |
| 2/4/2021 | 202S2600 | 2016 | 1705455 | | Certificate | |
| 2/4/2021 | 405N2900 | 2016 | 1705404 | | Certificate | |
| 2/4/2021 | 405N2900 | 2016 | 1705395 | | Certificate | |

FILED
6/3/2021 6:33 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L004215
13562842