

FILED

8/16/2023

MEK

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

InI the United States District Court
Northern District Eastern Division

Doris V Walker
Walkerealty LLC

Plaintiffs

V

BANA                                    Judge A Wood
Grant Street Group                      121CV3589
DBA
Lienhub
Various Tax Collectors offices
Various Clerk of the Courts in
Florida

Non-Parties to this suit
Facebook
Apple
Clerks in their non-official capacity
Sheriff's Department that conducted
Illegal sales of the Plaintiffs Property

Motion for Sanctions
FRCP 11
Rule 37— Failure to Make **Disclosure** or Cooperate in Discovery: Sanctions ·

1

This document serves as prima facie evidence that Grant Street Group
Doing Business as Lienhub, has not fully disclosed its corporate affiliation per
local rule 37.

Although Lienhub is a direct corporate affiliate alongside several other corporate
affiliates named in this document, Grant Street Group continues to lie to this court.
Attached are 25 pages of assumed corporate names that are directly associated with
Grant Street Group and advertised on their homepage, about page, and several
other pages within their website, the advertising of the sale of bonds, money
market accounts, and several other financial products under the Umbrella of Grant
Street Group. The Plaintiff moves for sanctions for withholding vital information
and providing inaccurate information to the court. Additionally, the Defendant
Grant Street Group has failed to report to the SEC as a financial institution, and has
failed to be truthful in their submissions to this court. There are twenty five pages
in this document.



FEDERAL TRADE COMMISSION
ReportFraud.ftc.gov

## Consumer Report To The FTC

FTC Report Number
152153279

The FTC cannot resolve individual complaints, but we can provide information about next steps to take. We share your report with local, state, federal, and foreign law enforcement partners. Your report might be used to investigate cases in a legal proceeding. Please read our Privacy Policy to learn how we protect your personal information, and when we share it outside the FTC.

### About you

Name: Doris Walker
Address:
City:   State:   Zip Code:
Country: USA

Email: freehngproducationinquiries.co.uk
Phone: 224-381-1152

### What happened

Grant Street Group is selling securities and certificated non security products on their website they are unregulated and they have stolen a large amount of money from me. I want something done!

### How it started

| Date fraud began: | Amount I was asked for: | Amount I Paid: |
|---|---|---|
| 10/00/2021 | | $47,500.00 |
| Payment Used: | | How I was contacted: |
| Bank Wire Transfer of Payment | | Online Ad or Pop-up |

### Details about the company, business, or individual

Company/Person:
| | | |
|---|---|---|
| Name: Grant Street Group | | |
| Address Line 1: 339 Sixth Ave #1400, Pittsburgh, PA | Address Line 2: | City: Pittsburg |
| State: Pennsylvania | Zip Code: 15222 | Country: USA |
| Email Address: | | |
| Phone: | | |
| Website: | | |
| Name of Person You Dealt With: | | |

### Your Next Steps

If you paid with an electronic bank transfer or withdrawal:

• Contact your bank immediately. Ask if the bank can stop the transaction or recover your money from the person's or company's account. Tell the bank the reason you want to stop the transfer, and give them the bank...

3



## Auction Rate Securities Auctions

### Auctions

Broker dealers, issuers, and trustees from eligible institutions can register to participate in an auction

Back to Top

| | |
|---|---|
| Charlotte County, FL | Charlotte-County-Taxes.com/BTExpress (https://charlotte.county-taxes.com/btexpress) |
| Escambia County, FL | Escambia-County-Taxes.com/BTExpress (https://escambia.county-taxes.com/btexpress) |
| Flagler County, FL | Flagler-County-Taxes.com/BTExpress (https://flagler.county-taxes.com/btexpress) |
| Hillsborough County, FL | Hillsborough-County-Taxes.com/BTExpress (https://hillsborough.county-taxes.com/btexpress) |
| Martin County, FL | Martin-County-Taxes.com/BTExpress (https://martin.county-taxes.com/btexpress) |
| Miami-Dade County, FL | MiamiDade-County-Taxes.com/BTExpress (https://miamidade.county-taxes.com/btexpress) |
| Okaloosa County, FL | Okaloosa-County-Taxes.com/BTExpress (https://okaloosa.county-taxes.com/btexpress) |
| Pasco County, FL | Pasco-County-Taxes.com/BTExpress (https://pasco.county-taxes.com/btexpress) |
| Santa Rosa County, FL | SantaRosa-County-Taxes.com/BTExpress (https://santarosa.county-taxes.com/btexpress) |
| St. Lucie County, FL | StLucie-County-Taxes.com/BTExpress (https://stlucie.county-taxes.com/btexpress) |

# Certificate of Deposit Auctions

CD auctions allow for purchases of large CDs by state and local government treasurers.

Banks may register on each individual CD auction website where they wish to submit bids, and must be qualified by the program sponsor before bidding.

| Client | CD Auction Website |
|---|---|
| Allegheny County, PA | www.BidAllegheny.com (http://www.bidallegheny.com) |
| Commonwealth of Massachusetts | www.BidMass.com (http://www.bidmass.com) |
| State of Idaho | www.Bididaho.com (http://www.bididaho.com) |
| State of Iowa | www.BidIowa.com (http://www.bidiowa.com) |
| State of Louisiana | www.Bidlouisiana.com (http://www.bidLouisiana.com) |
| State of Ohio | www.BidOhio.com (http://www.bidohio.com) |
| State of South Carolina | www.BidSC.com (http://www.bidsc.com) |
| State of Texas | www.BidTX.com (http://www.bidtx.com) |
| State of West Virginia | www.BidWVauction.com (http://www.bidwvauction.com) |

Back to Top

# Money Market Instrument Auctions

Banks and broker dealers can register with YieldAuction to bid on:

- CDs
- Repo
- Commercial Paper
- U.S. Treasury and Agency securities
- Laddered portfolios for refunding escrows
- Construction funds

| Wilmington Trust | WIAuctions.com (https://www.wiauctions.com/) |

Back to Top

# Bond and Note Auctions

Financial advisors, underwriters, and issuers from eligible institutions can register to participate in auction.

| Client | Bond and Note Auction Website |
|---|---|
| MuniAuction | MuniAuction.com (https://www.muniauction.com/perl/bond.pl?print_registration_page_button=Register) |
| Ameritas Investment Corporation | AICauction.com (https://www.aicauction.com/oma/) |
| Columbia Capital Management, LLC | ColumbiaCapitalAuction.com (https://www.columbiacapitalauction.com/oma/) |
| Fiscal Advisors & Marketing, Inc. | FiscalAdvisorsAuction.com (https://www.fiscaladvisorsauction.com/) |
| Kelling, Northcross & Nobriga | KNNauction.com (https://www.knnauction.com/) |
| Northland Securities | NSIauction.com (https://www.nsiauction.com/oma/) |
| Public Financial Management | PFMauction.com (https://www.pfmauction.com/) |
| Speer Financial | SpeerAuction.com (https://www.speerauction.com/) |

Back to Top



*"We hold online auctions of CDs to earn more money for Louisiana taxpayers. Banks participate because they get deposits that they can le out to individuals or use in other ways, ultimately for the benefit of the community where they are located."*

John Kennedy, Former Louisiana State Treasurer

Back to Top ▲

| Client | Money Market Instrument Auction Website |
| --- | --- |
| YieldAuction | YieldAuction (https://www.yieldauction.com/yield/main) |

Back to Top

## Martin County, FL Goes Live with TaxSys

*The Martin County, Florida Tax Collector's office has gone live with TaxSys® as its new tax collection and billing system. Located on Florida's Treasure Coast, Martin County is home to 160,000 residents. It includes the City of Stuart and the Village of Indiantown, as well as Jupiter Island, Palm City, and Sewall's Point.*

Clients We Serve »





**Cases filed in Florida**

Cases 11 – 20 of 1,631

RSS Feed | View as table | Sort by last update

**Phipps v. LEVY & ASSOCIATES, LLC et al**
Filed: March 3, 2023 as 1:2023cv20858
**Plaintiff:** Minnette Phipps
**Defendant:** LEVY & ASSOCIATES, LLC and Bank Of America, N.A.
**Cause Of Action:** 15 U.S.C. § 1692 Fair Debt Collection Act
**Court:** Eleventh Circuit › Florida › US District Court for the Southern District of Florida
**Type:** Other Statutes › Consumer Credit

**Dillmann v. Bank of America, N.A. et al**
Filed: March 3, 2023 as 2:2023cv00142
**Plaintiff:** George Dillmann
**Defendant:** Bank of America, N.A., Terry L. Rhodes, Robert Kuynoch and others
**Cause Of Action:** 42 U.S.C. § 1983 Civil Rights Act
**Court:** Eleventh Circuit › Florida › US District Court for the Middle District of Florida
**Type:** Civil Rights › Civil Rights: Other

**Da Silva v. Bank of America Corporation et al**
Filed: February 8, 2023 as 1:2023cv20564
**Plaintiff:** Simone Da Silva
**Defendant:** Bank of America Corporation, The Bank of New York Mellon Corporation,
BNY Mellon, N.A. and Does 1 through 10
**Cause Of Action:** 28 U.S.C. § 1331 Federal Question
**Court:** Eleventh Circuit › Florida › US District Court for the Southern District of Florida
**Type:** Real Property › Real Property: Other



## Cases filed in Florida

Cases 1 - 2 of 2                                    RSS Feed | View as table | Sort by last update

**Grant Street Group, Inc. v. Financial Markets LLC**
Filed: October 26, 2010 as 1:2010cv23864
**Plaintiff:** Grant Street Group, Inc.
**Defendant:** Financial Markets LLC
**Cause Of Action:** Motion to Compel
**Court:** Eleventh Circuit › Florida › US District Court for the Southern District of Florida
**Type:** Intellectual Property › Patent

**Grant Street Group, Inc. v. Financial Markets LLC**
Filed: October 26, 2010 as 1:2010cv23864
**Plaintiff:** Grant Street Group, Inc.
**Defendant:** Financial Markets LLC
**Intervenor_plaintiff:** Realauction.com, LLC
**Cause Of Action:** Motion to Compel
**Court:** Eleventh Circuit › Florida › US District Court for the Southern District of Florida
**Type:** Intellectual Property › Patent

**Why Is My Information Online?**

**Disclaimer:** Justia Dockets & Filings provides public litigation records from the federal appellate and district courts. These filings and docket sheets should not be considered findings of fact or liability, nor do they necessarily reflect the view of Justia.

# Bond and Note Auctions

Financial advisors, underwriters, and issuers from eligible institutions can register to participate in an auction.

| Client | Bond and Note Auction Website |
|---|---|
| MuniAuction | MuniAuction.com (https://www.muniauction.com/perl/bond.pl?print_registration_page_button=Register) |
| Ameritas Investment Corporation | AICauction.com (https://www.aicauction.com/pma/) |
| Columbia Capital Management, LLC | ColumbiaCapitalAuction.com (https://www.columbiacapitalauction.com/pma/) |
| Fiscal Advisors & Marketing, Inc. | FiscalAdvisorsAuction.com (https://www.fiscaladvisorsauction.com/) |
| Kelling, Northcross & Nobriga | KNauction.com (https://www.knauction.com/) |
| Northland Securities | NSIauction.com (https://www.nsiauction.com/pma/) |
| Public Financial Management | PFMauction.com (https://www.pfmauction.com/) |
| Speer Financial | SpeerAuction.com (https://www.speerauction.com/) |

Back to Top

Wilmington Trust — WTauctions.com (https://www.wtauctions.com/)

Back to Top



GRANT STREET

Menu ()

# Limitation of Liability

IN NO EVENT WILL GRANT STREET, ITS DIRECTORS, OFFICERS OR EMPLOYEES BE LIABLE FOR ANY DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, THOSE RESULTING FROM LOST PROFITS, LOST DATA OR BUSINESS INTERRUPTION) ARISING OUT OF THE SUBMISSION/STORAGE OF PERSONALLY IDENTIFIABLE INFORMATION OR THE USE, INABILITY TO USE, OR THE RESULTS OF USE OF THIS WEBSITE, ANY WEBSITES LINKED TO THIS WEBSITE, OR THE MATERIALS OR INFORMATION CONTAINED AT ANY OR ALL SUCH WEBSITES, WHETHER BASED ON WARRANTY, CONTRACT, TORT OR ANY OTHER LEGAL THEORY AND WHETHER OR NOT ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IF YOUR USE OF THE MATERIALS OR INFORMATION FROM THIS WEBSITE RESULTS IN THE NEED FOR SERVICING, REPAIR OR CORRECTION OF EQUIPMENT OR DATA, YOU ASSUME ALL COSTS THEREOF.

[Return to Table of Contents]

()

# Applicable Laws

This website is administered by Grant Street Group, Inc. from its offices in the United States of America. Grant Street makes no representation that materials on this website are appropriate or available for use outside the United States, and access to them from territories where their contents are illegal is prohibited. You may not use, export or re-export the materials on this website or any copy or adaptation in violation of any applicable laws or regulations including without limitation U.S. export laws and regulations. If you choose to access this website from outside the United States, you do so on your own initiative and are responsible for compliance with applicable local laws. These Terms will be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania, U.S.A., without giving effect to any principles of conflicts of laws.

[Return to Table of Contents]

()

Menu ()

## Use of Website
(https://www.grantstreet.com/)

[Return to Table of Contents]

You may not modify the materials on this website in any way or reproduce or publicly display, perform, distribute, or otherwise use them for any purpose. Any such use or modification of the materials on this website is strictly prohibited. The materials on this website are copyrighted, and any unauthorized use of any materials on this website may violate copyright, trademark, and other laws. If you breach any of these Terms, your authorization to use this website automatically terminates.

## Web Accessibility Policy

Grant Street uses the Section 508 standards (https://www.section508.gov) and WCAG 2.0, Level AA (https://www.w3.org/TR/WCAG/) as guidelines for pages within our Website to make content more accessible to all users including those who may have visual, auditory or other disabilities.

**Accessibility Assistance**

We welcome your feedback on the accessibility of the Website or any accessibility barriers you encounter:

**Phone:** 412-391-5555

**Email:** information@grantstreet.com

**Limitations of this Policy**

Individuals with (or without) disabilities access the Internet with widely varying capabilities, software, and hardware. While this policy provides a standard for individuals with disabilities to access web-based information, due to known limitations of existing technology it cannot anticipate every accessibility need. Other circumstances independent of technology may also limit accessibility of the Website. Creating accessible formats for some documentation and graphical renderings maintained by Grant Street may be technologically unfeasible, impractical, or beyond the reasonable capabilities of Grant Street's operations. Consequently, some existing content may not be in compliance, and some content may meet only the minimum required compliance standards. We will endeavor to resolve any issues brought to our attention and maintain acceptable compliance levels. However, this may not include third-party software, widgets, Add-ins, APIs, or similar tools which Grant Street does not maintain or control.

[Return to Table of Contents]



## Securing Personal Information

- Grant Street works to protect the security of your information during transmission by using Secure Sockets Layer (SSL) software, which encrypts information transmitted between your browser and our servers.
- It is important for you to protect against unauthorized access to your password and to your computer.

[Return to Table of Contents]

## What Choices Do I Have?

As discussed above, you can always choose not to provide select information. However, doing so may make it difficult or impossible to take advantage of certain features of our website.

[Return to Table of Contents]

## Dispute Resolution

For any inquiries, complaints, or disputes related to our use or processing of data, or to request the deletion of your personal data, please contact use-of-data@grantstreet.com (mailto:use-of-data@grantstreet.com).

[Return to Table of Contents]

identifiable information. The term **"personally identifiable information"** as used herein refers to any information associated with a visitor's name or identity. Grant Street uses this information to better understand the general needs of visitors and to provide visitors with better service. To help Grant Street improve the experience of visitors, Grant Street might also track how visitors, in general, use the website.

If you are asked to provide personal information to subscribe to a service offered on our website, or to receive information, we may use such personally identifiable information as we would use the same information obtained in a traditional non-electronic manner. If we request your data from a third party, you will be informed at the time we make this request. Employees of Grant Street who receive and process your data are responsible for safeguarding individual customer communications and information.

Grant Street obtains and uses personally identifiable information for business purposes only. Grant Street does not sell or disclose personally identifiable information obtained online to anyone outside of Grant Street unless: (a) you specifically authorize it; (b) disclosure is required or permitted by law and/or required by court order, warrant or subpoena; requested by government officials with reasonable grounds to believe that the information is a communication of a computer trespasser; or (c) disclosure is deemed necessary by Grant Street, in its sole discretion, to protect the safety, rights or property of Grant Street or any other person or entity.

[Return to Table of Contents]

()

# What About Cookies?

- Cookies are identifiers in the form of a small file containing a string of characters that is sent to your computer when you visit a website. We may use cookies to enhance the user's experience when visiting our website.
- The "**Help**" portion of the toolbar on most browsers will tell you how to prevent your browser from accepting new cookies; how to have the browser notify you when you receive a new cookie; or how to disable cookies altogether.

[Return to Table of Contents]

()

*Software That Works*® refers to Grant Street Group's proprietary software used in its sponsorship (i.e., development and hosting) of transaction-based websites. Examples of Grant Street Group's *Software That Works*® software include (in alphabetical order):

Menu ()

[https://www.grantstreet.com/)](https://www.grantstreet.com/)

*ARCauction*™ Software
*GSLauction*™ Software
*LienAuction*® Software
*MuniAuction*® Software
*TaxSys*® Software
*YieldAuction*® Software

Hidden text used by web search engines to find websites, also known as "**Metatags**", may not be embedded into your website using any trademarks, logos, trade dress or service marks of Grant Street, whether those trademarks, logos, trade dress, or service marks are registered or unregistered.

Trademarks, logos, trade dress and service marks of Grant Street may not be used in connection with any product or service that is likely to cause confusion among customers, or in any manner that disparages or discredits Grant Street. All other trademarks, logos, trade dress or service marks not owned by Grant Street that appear on this site are the property of their respective owners, who may or may not be affiliated with, or connected to Grant Street. Any improper or unauthorized use of a trademark, logo, trade dress, or service mark of Grant Street will be prosecuted.

[Return to Table of Contents]

()

# Privacy

Grant Street knows that you care how information about you is used and shared, and we appreciate your trust that we will do so carefully and sensibly. The next several sections describe Grant Street's privacy policy (hereinafter the "**Privacy Notice**"). By visiting our website, you are accepting the practices described in this Privacy Notice.

As you browse our website, information may be collected and stored related to your visit. For example, to help Grant Street better serve the visitors of our website, and improve the website itself, Grant Street may monitor and store statistics such as:

- How many people visit our website
- Which pages people visit on our website
- Which browsers people use to visit our website





*DadeAuction.com™*
*DainRauscherAuction™*
*DainRauscherAuction.com™*
*DeedAuction®*
[(https://www.grantstreet.com/)](https://www.grantstreet.com/)
*DeedExpress™*
*EscrowAuction™*
*EscrowAuction.com™*
*EscrowExpress®*
*ExpressLane®*
*FDLIS Express™*
*FRVIS Express™*
*FWWauction™*
*FWWauction.com™*
*GICauction®*
*GICauction.com™*
*GICauctions™*
*GICauctions.com™*
*GrantStreet™*
*GrantStreetAdvisors™*
*GrantStreetAdvisors.com™*
*Grant Street Group®*
*GrantStreet.com™*
*GrantStreetGroup™*
*GrantStreetGroup.com™*
*GrantStreetSecurities™*
*GrantStreetSecurities.com™*
*GSLauction™*
*GSLauction.com™*
*HowarthAuction™*
*HowarthAuction.com™*
*KNNauction™*
*KNNauction.com™*
*KPauction™*
*KPauction.com™*
*LienAuction®*
*LienAuction.com™*
*MellonGSLauction™*
*MellonGSLauction.com™*
*MuniAuction®*
*MuniAuction.com™*
*MuniComp™*
*MuniComp.com™*
*MuniExchange™*
*MuniExchange.com™*
*NoteAuctions™*
*NoteAuctions.com™*

Menu ()



BidEhlers™
BidEhlers.com™
Bi...™
BidEscambia.com™
(https://www.grantstreet.com/)
BidGeorgia™
BidGeorgia.com™
BidHernando™
BidHernando.com™
BidHighlands™
BidHighlands.com™
BidHillsborough™
BidHillsborough.com™
BidIdaho™
BidIdaho.com™
BidIowa™
BidIowa.com™
Bid.Jackson™
Bid.Jackson.com™
BidLee™
BidLee.com™
BidLeon™
BidLeon.com™
BidLevy™
BidLevy.com™
BidLouisiana™
BidLouisiana.com™
BidManatee™
BidManatee.com™
BidMarion™
BidMarion.com™
BidMaryland™
BidMaryland.com™
BidMass™
BidMass.com™
BidMiamiDade™
BidMiamiDade.com™
BidMonroe™
BidMonroe.com™
BidNassau™
BidNassau.com™
BidNassauCounty™
BidNassauCounty.com™
BidNV™
BidNV.com™
BidOhio™
BidOhio.com™

Menu ()



BidOkaloosa™
BidOkaloosa.com™
BidOkeechobee™
BidOkeechobee.com™
(https://www.grantstreet.com/)
BidOrangeCounty™
BidOrangeCounty.com™
BidOsceola™
BidOsceola.com™
BidPA™
BidPA.com™
BidPalmBeach™
BidPalmBeach.com™
BidPBTC™
BidPBTC.com™
BidPinellas™
BidPinellas.com™
BidPolk™
BidPolk.com™
BidPutnam™
BidPutnam.com™
BidSantaRosa™
BidSantaRosa.com™
BidSarasota™
BidSarasota.com™
BidSC™
BidSC.com™
BidStLucie™
BidStLucie.com™
BidTaylor™
BidTaylor.com™
BidTX™
BidTX.com™
BidUmbaugh™
BidUmbaugh.com™
BidVolusia™
BidVolusia.com™
BidWakulla™
BidWakulla.com™
BidWalton™
BidWalton.com™
BillExpress®
BTExpress®
ClerkAuction®
ColumbiaCapitalAuction™
ColumbiaCapitalAuction.com™
DadeAuction™

Menu ()

- Conditions Of Use, Notices, And Revisions
- Use of Website
- Web Accessibility Policy
- Disclaimer
- Limitation of Liability
- Applicable Laws
- General
- Differences Between Home Page Legal Notices and Site Specific Legal Notices

GRANT STREET

https://www.grantstreet.com/)

Menu ()

()

# Warranty

The information contained within this site is offered solely for your consideration, investigation, and verification. It is not to be taken as a warranty or representation for which Grant Street assumes legal responsibility, nor as permission, a recommendation, a right or a license, express or implied, to practice any patented invention or to use any trademark or service mark, registered or not, without a license.

[Return to Table of Contents]

()

# Copyright

All content included on this website, such as text, graphics, logos, button icons, images, audio clips, digital downloads, data compilations, and software, is owned or licensed by Grant Street, and is protected by United States and international copyright laws. All software used on this website is owned or licensed by Grant Street or their software suppliers, and is protected by United States and international copyright laws. All rights are reserved. The use, reproduction, and/or retransmission by any means of such content or software, without the expressed written permission of Grant Street, is strictly prohibited.

[Return to Table of Contents]



GRANT STREET
GROUP

[(https://www.grantstreet.com/)](https://www.grantstreet.com/)

Menu ()

# Legal

## Legal Notice

*Last updated April 18, 2019*

[Aviso Legal en español]

**LEGAL NOTICE: Terms of Use, Privacy Notices and Legal Restrictions**

***ATTENTION***:

Please read these terms of use, privacy notices, and legal restrictions (collectively, "**Terms**") carefully before using this website. Using this website indicates that you accept these Terms. If you do not accept these Terms, do not use this website. Also, unless otherwise stated, as used herein, the term "**Grant Street**" refers collectively to Grant Street Group, Inc., MuniAuction, Inc., and any and all of their affiliates and subsidiaries.

()

## Table of Contents:

- Warranty
- Copyright
- Trademarks
- Privacy
- What About Cookies?
- Securing Personal Information
- What Choices Do I Have?
- Dispute Resolution
- Electronic Communications
- Your User Profile





() GRANT STREET GROUP
(https://www.grantstreet.com/)

# Trademarks

The following are trademarks of Grant Street. This list is not intended to be all inclusive.

AgencyAuction™
AgencyAuction.com™
AICauction™
AICauction.com™
ARCauction™
ARCauction.com™
ARCtrading™
ARCtrading.com™
AuctionServ™
AuctionServ.com™
AuctionServe™
AuctionServe.com™
BairdAuction™
BairdAuction.com™
BidAlachua™
BidAlachua.com™
BidAllegheny™
BidAllegheny.com™
BidAuction™
BidAuction.com™
BidBayCounty™
BidBayCounty.com™
BidBrevard™
BidBrevard.com™
BidBroward™
BidBroward.com™
BidCharlotte™
BidCharlotte.com™
BidCitrus™
BidCitrus.com™
BidClay™
BidClay.com™
BidCookCountyTreasurer™
BidCookCountyTreasurer.com™
BidDuval™
BidDuval.com™

Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DORIS V. WALKER, | ) | Civil Action No. |
| | ) | |
| Plaintiff, | ) | 21-cv-03589 |
| | ) | |
| vs. | ) | |
| | ) | Judge Andrea R. Wood |
| BANK OF AMERICA, N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Grant Street Group, Inc.'s Local Rule 3.2 Disclosure Statement**

Pursuant to Local Rule 3.2 and Fed.R.Civ.P. 7.1, Defendant Grant Street Group, Inc. ("GSG")[1], through its undersigned attorneys, declares that: 1) GSG is a Pennsylvania corporation; 2) it has no corporate and/or publicly held affiliates; and 3) the following individual-affiliates own at least 5% of GSG:

    a.  Myles Harrington; and

    b.  Daniel Veres.

Respectfully submitted,

*/s/ Ashley E. LaValley*
Ashley E. La Valley
James D. Mitchell
LEE SHEIKH & HAAN LLC
111 West Jackson Boulevard, Suite 2230
Chicago, Illinois 60604
Phone: 312.982.0070
Fax: 312.982.0071

Doris V Walker
/s/Doris V Walker
masonwalkerkid56@gmail.com
2243811192

26